CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ANTONIO VILLAAMIL[1] (Bar No. 5205315)
(Email: Antonio_Villaamil@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4748
Facsimile: (213) 894-0081

Attorneys for Defendant
BRIESHANAY FORD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIESHANAY FORD,<br><br>　　　　Defendant. | Case No. 2:22-CR-200-PA<br><br>**STATUS REPORT RE: AUGUST 10 STATUS HEARING** |

Defendant Brieshanay Ford, through counsel, submits the attached declaration of counsel to provide a status update in compliance with this Court's order, dated August 10, 2022. (*See* Dkt. No. 33)

---

[1] As a government attorney and a member of the New York State Bar, Antonio Villaamil has been admitted to practice before the United States District Court for the Central District of California.

# DECLARATION OF COUNSEL

I, Antonio Villaamil, hereby state and declare:

1. I am a Deputy Federal Public Defender assigned to represent Ms. Ford in this criminal proceeding.

2. On August 10, 2022, at 9:30 A.M., Ms. Ford was scheduled to appear before the Honorable Michael R. Wilner for a status hearing.

3. As a result of a misunderstanding regarding the scheduled time of the hearing, Ms. Ford failed to appear.

4. Immediately after the hearing, at about 10:00 A.M., Ms. Ford called my office and informed me that she mistakenly believed that the August 10, 2022 status hearing was scheduled for 10:30 A.M., as opposed to 9:30 A.M.  Ms. Ford was alarmed to learn of the mix-up and promised that it would not happen again.

5. Today, August 11, 2022, I spoke with Pretrial Services Officer Tiffany Rivers, who is assigned to Ms. Ford's case.  She reiterated that Ms. Ford has been otherwise in strict compliance with the terms of her supervision.  P.O. Rivers reported no problems in supervision.

6. Officer Rivers informed me that she spoke to Ms. Ford regarding her failure to appear on August 10, 2022, and also stated that Ms. Ford misunderstood the time of the scheduled appearance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 11, 2022, at Los Angeles, California.

DATED:  August 11, 2022     /s/ Antonio Villaamil
                            ANTONIO VILLAAMIL
                            Deputy Federal Public Defender
                            Attorney for BRIESHANAY FORD

1