# DECLARATION OF BRIESHANAY QUENISE FORD

I, BRIESHANAY QUENISE FORD, declare:

1. On December 14, 2022, at approximately 6:00 a.m., I was at home when I woke up to the sound of my phone ringing. It was the police, and they told me that I needed to come outside immediately.

2. I looked outside my window and saw what I estimated to be more than twenty police officers, many with their guns drawn, in the courtyard of my apartment building.

3. Police officers demanded I opened the door immediately. If I did not, they told me they would break it down. As quickly as I could, I put on clothes and opened the front door.

4. Police officers entered my apartment and placed me in handcuffs. I asked why they were doing this to me and someone said, "They'll tell you once you get down to the station."

5. Police officers escorted me into the backseat of a police car and drove me to the station. On the way, the officers in the car received a phone call. The officers who were searching my home wanted to know where my phone was. I told them.

6. Once I arrived at the police station, I was placed in a cell.

7. Later, I was brought out of the cell into a smaller room with mirrors on the walls. The mirror looked to me like one-way glass. Police officers sat me down at a table inside the room. The table had a metal loop attached to the middle. The officers handcuffed me to that loop.

8. Inside the room, a man, who identified himself to me as Detective Dave Vinton, and his partner, sat across from me at a table. Detective Vinton showed me a photograph of another man and asked me if I knew the person depicted. I said I did not know the person. He told me the man was at a party I had attended in October. He told me the man had been murdered.

9. I asked Detective Vinton, "What does this have to do with me?"

1

10. Detective Vinton said, "We're charging you with it."

11. I told them I didn't want to speak with them anymore. I told them I wanted to have a lawyer present.

12. Detective Dave Vinton did not stop questioning me. He asked me, "What do you need a lawyer for?"

13. Detective Vinton continued asking me questions. He showed me photographs and asked me questions about the people portrayed.

14. I was crying, shaking my head, and repeatedly asking for a lawyer.

15. Detective Vinton brought me into the interrogation room a second time. I immediately told him that I wanted a lawyer. He continue asking me questions. I told him again and again that I did not want to speak with him and that I wanted to speak with a lawyer.

16. Eventually, Detective Vinton told me that he would be formally charging me with the commission of the murder. He told me that they would transport me to another jail facility for processing.

17. Detective Vinton escorted me into the back of his car and drove me down to the jail. The entire car ride, Detective Vinton continued to ask me questions.

18. We arrived at another building. Detective Vinton escorted me out of the car and told me that this was the new jail, and that I would be processed here.

19. While we were waiting for my turn for processing, Detective Vinton continued asking me questions.

20. He turned to me and said, in sum and substance, if I did not want to speak with him about the murder case, that he could have my pending state gun case upgraded to federal charges.

21. Detective Vinton told me that I would face more jail time on the gun charges if they were prosecuted in federal court.

22. He told me he had a friend at the FBI whom he would ask to take my pending cases, and upgrade them to federal charges.

2

23. Detective Vinton showed me a text message conversation on his phone. The conversation was with a person saved in the phone as "Sarah." Live, in real time, he was having a conversation with this person, asking "Sarah" to look into my cases, and upgrade them to federal charges.

24. "Sarah" responded, asking if the gun in question was the one used for Detective Vinton's homicide investigation. Detective Vinton replied, "No."

25. Detective Vinton told me that he would not seek the federal charges if I simply agreed to answer his questions relating to his murder investigation.

26. Again, I refused to answer his questions.

27. Finally, I was processed through the jail facility, and Detective Vinton left. I was moved into a cell, where I waited for two days. I never saw a judge. I never saw a lawyer.

28. On December 16, 2021, a guard approached me and told me that the charges against me had been dropped. The police, however, kept my cellphone.

29. After I was released, Detective Vinton periodically contacted me to ask more questions about the murder. I refused to speak with him or ignored him.

30. At some time before March 2022, I called the police precinct to inquire about getting my cellphone back. Detective Vinton called me back and began asking me questions about the murder. I refused to answer his questions. He told me he needed to keep my phone longer.

31. On March 23, 2022, he sent me a text message that read, "Can you try and find that dudes instagram account." I did not respond.

32. On March 30, 2022, he again sent me a text message that read, "Can you try and find that dudes instagram account." He sent another that read, "I want to clear your name." I did not respond.

33. On April 21, 2022, I went to court on my pending gun case in Los Angeles County. Before I saw a judge, I was arrested by Federal Bureau of Investigation Special Agent Sarah Corcoran and her partner.

3

34. Agent Corcoran and her partner escorted me from the courthouse, where I was arrested, to another building nearby. Inside, I was placed in a holding cell.

35. Detective Vinton, and others, were inside the holding cell with me.

36. Together, Agent Corcoran and Detective Vinton asked me questions about the murder charges. Detective Vinton told me, while SA Corcoran was present, "You have one more chance to tell us who did it." I refused to answer their questions.

37. I began to cry. Detective Vinton said to me, "You see? I told you this was going to happen."

38. Finally, I was brought to federal court. On April 21, 2022, I charged in federal court for my November 21, 2021 arrest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 15, 2022, at Los Angeles, California.

*/s/ Brieshanay Ford (signed with authorization)*
BRIESHANAY QUENISE FORD