# EXHIBIT 1

```
PAGE 01  01/10/22 13:50:55 FB10 PRINT REQUESTED BY TERMINAL FB10
TO: FB10  FROM: CLETS                    01/10/22  13:50:30
[redacted]
RE: QHN.CAFBILA00.SOC/613464707.RT      DATE:20220110  TIME:13:50:30
RESTRICTED-DO NOT USE FOR EMPLOYMENT, LICENSING OR CERTIFICATION PURPOSE
S
ATTN:CORCORAN-4-LA

HIT #01 ON SOC/613464707.
************************************************************************
DO NOT COLLECT DNA.  DNA SAMPLE HAS BEEN RECEIVED, TYPED, AND UPLOADED
INTO THE CAL-DNA DATA BANK.  FOR INFO (510) 620-3300 OR
PC296.PC296@DOJ.CA.GOV
************************************************************************
** PALM PRINT ON FILE AT DOJ FOR ADDITIONAL INFORMATION PLEASE E-MAIL
PALM.PRINT@DOJ.CA.GOV
III CALIFORNIA ONLY SOURCE RECORD
CII/[redacted]
DOB/19901116    SEX/M  RAC/BLACK
HGT/504  WGT/120  EYE/BLK  HAI/BLK  POB/CA
NAM/01 FORD,BRIESHAWAY DENISE
    02 CRAIG,BRIESANAY DENISE
    03 FORD,BRIESHANAY
    04 FORD,BRIESHNAY QUANISE
    05 FORD,BRIESHANAY QUENSE DE
    06 CRAIG,BRIESHANA
    07 CRAIG,BRIESHANAY
    08 FORD,BRIESHANAY DENISE
    09 COOPER,MARVISHA
    10 FORD,BRIESHANAY QUENISE
    11 MONIKER,COOPERMARVIS
    12 CRAIGFORD,BRIESHANY
    13 FORD,BRIESHANAY QUENESE
MNU/FBI-[redacted]
    DOB-19901225
    CDL-E1249804
    SOC-613464707
    INN-CDC-WE06399
SMT/TAT LF ARM  TAT NECK    TAT UR ARM
OCC/CHEF
    LABORER
    NONE
    STADIUM
    STUDENT
    UNEMPLOYED
    *    *    *    END OF MESSAGE
```

LOS ANGELES COUNTY
CONSOLIDATED CRIMINAL HISTORY REPORTING SYSTEM Date: 01/10/2022 Time: 1343

CRIMINAL HISTORY TRANSCRIPT FOR OFFICIAL USE ONLY
UNAUTHORIZED USE IS A CRIMINAL OFFENSE

INFORMATION FINGERPRINT VERIFIED UNLESS OTHERWISE NOTED BY AN ASTERISK ( * )

(C) Copyright 1996, County of Los Angeles
All Rights Reserved

Key Name:(1) FORD,BRIESHANAY Date Name First Used: 10/14/2018

SID/CII: MAIN: FBI: LAPD:

Requested By: FBI[redacted] Src-TTY: FB10 Dest-TTY: FB10 ACHS Data Included: NO
Agency: CA0190040 OTHER LOCAL/OTHER COUNTY AGENCY
Reason: 4-LA Multi-State Record: NO

DEPT. OF JUSTICE AND DMV MAY HAVE ADDITIONAL INFORMATION

SUMMARY

| Bookings | | Convictions | | Juvenile | | Warrants Issued | | Probation | |
|---|---|---|---|---|---|---|---|---|---|
| Felony: | 0 | Felony: | 0 | Sustained: | 0 | Bench: | 0 | Open: | 0 |
| Misd: | 0 | Misd: | 0 | Dismissed: | 0 | Arrest: | 0 | Expired: | 0 |
| * | 1 | | | | | | | | |
| | | | | | | Infract.(FTA): | 0 | | |

LATEST INFORMATION

Latest Name:*(1) FORD,BRIESHANAY Date Name Last Used: 10/14/2018

| | Sex | Race | Hair | Eyes | Hgt | Wgt | DOB | Updated |
|---|---|---|---|---|---|---|---|---|
| * | F | BLACK | BLACK | BROWN | 411 | 125 | 11/16/1990 | 10/14/2018 |

Latest Address:*3221 MARINE AVE GARDENA CA 90249 10/14/2018

Latest Occupation:*

| Type | Start Date | End Date | Charge/Description | Case Number | Updated |
|---|---|---|---|---|---|

| Registration | Reg Number | Location | Reg Date |
|---|---|---|---|

DESCRIPTORS
#/Names/AKAs/Count

(1) FORD, BRIESHANAY * 1

Dates of Birth/Count

11/16/1990* 1

Other Identifiers

DL *E1249804 CA

Addresses/Count

3221 MARINE AVE GARDENA CA 90249 * 1

Birth Places/Count

XYY * 1

JUVENILE SUSTAINED PETITIONS

No Juvenile Information.

CONVICTIONS/ACTIVE DIVERSIONS
No Convictions/Active Diversions Found.

PENDING CASES OR UNKNOWN DISPOSITIONS

No Pending Cases.

ARRESTS/CASES/CUSTODY NOT REPORTED ABOVE

| Arr Date | Name | Arresting Agency | Booking Number |
|---|---|---|---|
| *10/14/2018 | 1 | LASD - SEB WEST HOLLYWOOD STATION | 005448153 |

| Sex | Race | Hair | Eyes | Hgt | Wgt | DOB |
|---|---|---|---|---|---|---|
| F | BLACK | BLACK | BROWN | 411 | 125 | 11/16/1990 |

| Cnt | Arrest Charges | Dispo Date | Result |
|---|---|---|---|
| 1 | VC 14601.1(A) SUSPENDED LICENSE | | UNKNOWN |
| 2 | 4000(A)1VC | | UNKNOWN |
| 3 | VC 24250 DRIVING W/O LIGHTS | | UNKNOWN |

================================================================================

| File Date | Name | Case Number/County | Last Dept/Div | Warrants Issued |
|---|---|---|---|---|

(NO CASE FILING INFORMATION FOUND IN L.A. COUNTY)

================================================================================

END OF TRANSCRIPT

LOS ANGELES COUNTY
CONSOLIDATED CRIMINAL HISTORY REPORTING SYSTEM Date: 01/10/2022 Time: 1343

CRIMINAL HISTORY TRANSCRIPT FOR OFFICIAL USE ONLY
UNAUTHORIZED USE IS A CRIMINAL OFFENSE

INFORMATION FINGERPRINT VERIFIED UNLESS OTHERWISE NOTED BY AN ASTERISK ( * )

(C) Copyright 1996, County of Los Angeles
All Rights Reserved

Key Name:(1) FORD,BRIESHANAY Date Name First Used: 06/23/2021

SID/CII: MAIN: FBI: LAPD:

Requested By: FBI[redacted] Src-TTY: FB10 Dest-TTY: FB10 ACHS Data Included: NO
Agency: CA0190040 OTHER LOCAL/OTHER COUNTY AGENCY
Reason: 4-LA Multi-State Record: NO

DEPT. OF JUSTICE AND DMV MAY HAVE ADDITIONAL INFORMATION

SUMMARY

| Bookings | | Convictions | | Juvenile | | Warrants Issued | | Probation | |
|---|---|---|---|---|---|---|---|---|---|
| Felony: | 0 | Felony: | 0 | Sustained: | 0 | Bench: | 0<br>* 5 | Open: | 0 |
| Misd: | 0 | Misd: | 0 | Dismissed: | 0 | Arrest: | 0 | Expired: | 0 |
| | | | | | | Infract.(FTA): | 0 | | |

LATEST INFORMATION

Latest Name:*(1) FORD,BRIESHANAY Date Name Last Used: 06/23/2021

| Sex | Race | Hair | Eyes | Hgt | Wgt | DOB | Updated |
|---|---|---|---|---|---|---|---|
| * F | BLACK | BLACK | BROWN | 411 | 125 | 11/16/1990 | 12/10/2018 |

Latest Address:*3221 MARINE AVE GARDENA CA 90249 12/10/2018

Latest Occupation:*

| Type | Start Date | End Date | Charge/Description | Case Number | Updated |
|---|---|---|---|---|---|

| Registration | Reg Number | Location | Reg Date |
|---|---|---|---|

DESCRIPTORS
#/Names/AKAs/Count

(1) FORD, BRIESHANAY * 1

Dates of Birth/Count

11/16/1990* 1

Other Identifiers

DL *E1249804 CA

Addresses/Count

3221 MARINE AVE GARDENA CA 90249 * 1

JUVENILE SUSTAINED PETITIONS

No Juvenile Information.

CONVICTIONS/ACTIVE DIVERSIONS
No Convictions/Active Diversions Found.

PENDING CASES OR UNKNOWN DISPOSITIONS

| Arr Date | Name | Arresting Agency | Booking Number |
| --- | --- | --- | --- |
| * | | | |

| Sex | Race | Hair | Eyes | Hgt | Wgt | DOB |
| --- | --- | --- | --- | --- | --- | --- |
| F | BLACK | BLACK | BROWN | 411 | 125 | 11/16/1990 |

| File Date | Name | Case Number/County | Last Dept/Div | Warrants Issued |
| --- | --- | --- | --- | --- |
| *12/10/2018 | 1 | LAX8AR3345401/LOS ANGE | W73 | 5 |

| File Date | Name | Case Number/County | Last Dept/DivWarrant |
| --- | --- | --- | --- |

01 VC 14601.1(B)(2)
DRIVE W/SUSP/REV LICENSE

ARRESTS/CASES/CUSTODY NOT REPORTED ABOVE
No Additional Arrests/Cases.

END OF TRANSCRIPT

```
PAGE 01  01/10/22 13:43:48 FB10 PRINT REQUESTED BY TERMINAL FB10
TO: FB10   FROM: CCHRS    CJRAPSHT        01/10/22  13:43:46
116
LOS ANGELES COUNTY
CONSOLIDATED CRIMINAL HISTORY REPORTING SYSTEM     Date: 01/10/2022   Time: 1343
================================================================================

               CRIMINAL HISTORY TRANSCRIPT FOR OFFICIAL USE ONLY
                     UNAUTHORIZED USE IS A CRIMINAL OFFENSE

  INFORMATION FINGERPRINT VERIFIED UNLESS OTHERWISE NOTED BY AN ASTERISK ( * )

                                       (C) Copyright 1996, County of Los Angeles
                                                  All Rights Reserved
 Key Name:(1) BRIESHANAY,QUENISE DENISE F       Date Name First Used: 01/22/2019

 SID/CII:                MAIN:                FBI:                 LAPD:
================================================================================

 Requested By: FBI[redacted] Src-TTY: FB10 Dest-TTY: FB10     ACHS Data Included: NO
 Agency:       CA0190040  OTHER LOCAL/OTHER COUNTY AGENCY
 Reason:       4-LA                                         Multi-State Record: NO

            DEPT. OF JUSTICE AND DMV MAY HAVE ADDITIONAL INFORMATION


================================================================================
                                    SUMMARY
Bookings      Convictions    Juvenile           Warrants Issued      Probation
-----------   -----------    --------------     ------------------   ------------
Felony:   0   Felony:   0    Sustained:    0    Bench:             0   Open:       0

Misd:     0   Misd:     0    Dismissed:    0    Arrest:            0   Expired:    0

                                                Infract.(FTA):     0


================================================================================
                               LATEST INFORMATION
================================================================================
 Latest Name:*(1) BRIESHANAY,QUENISE DENISE F    Date Name Last Used: 01/22/2019

 Sex  Race                 Hair     Eyes         Hgt  Wgt   DOB          Updated
 ---  ------------------   -------  ----------   ---  ---   ----------   ----------
* F   BLACK                BLACK    BLACK        501  118   11/16/1990   07/14/2010

 Latest Address:*3820 BUCKINGHAM RD LOS ANGELES CA 90016               07/14/2010

 Latest Occupation:*

 Type      Start Date End Date   Charge/Description     Case Number    Updated
 --------- ---------- ---------- --------------------- -------------- ----------



================================================================================

 Registration         Reg Number    Location                           Reg Date
```

DESCRIPTORS
#/Names/AKAs/Count

(1) BRIESHANAY, QUENISE DENISE F * 1

Dates of Birth/Count

11/16/1990* 1

Addresses/Count

3820 BUCKINGHAM RD LOS ANGELES CA 90016 * 1

Addresses/Count

JUVENILE SUSTAINED PETITIONS

No Juvenile Information.

CONVICTIONS/ACTIVE DIVERSIONS

| Arr Date | Name | Arresting Agency | Booking Number |
|---|---|---|---|
| * | | | |

| Sex | Race | Hair | Eyes | Hgt | Wgt | DOB |
|---|---|---|---|---|---|---|
| F | BLACK | BLACK | BLACK | 501 | 118 | 11/16/1990 |

| File Date | Name | Case Number/County | Last Dept/Div | Warrants Issued |
|---|---|---|---|---|
| *07/14/2010 | 1 | LAM0MP0813401/LOS ANGE | CLK | NONE |

| Cnt | Filed Charges | Dispo Date | Dispo | Sentence/Probation Type |
|---|---|---|---|---|
| 01 | VC 12500(A) UNLICENSED DRIVER | 08/05/2010 | Convicted | FINE $30.00 |

PENDING CASES OR UNKNOWN DISPOSITIONS

No Pending Cases.

ARRESTS/CASES/CUSTODY NOT REPORTED ABOVE
No Additional Arrests/Cases.

END OF TRANSCRIPT

PAGE 01 01/10/22 13:46:52 FB10 PRINT REQUESTED BY TERMINAL FB10
TO: FB10 FROM: CLETS 01/10/22 13:46:23
4FBM0FB10L.IH
R. INQUIRY SUCCESSFUL

*******
TO: FB10 FROM: CLETS 01/10/22 13:46:23
4[redacted]
RE:QHA.CAFBILA00.NAM/FORD, BRIESH DATE:20220110 TIME:13:46:23

ATTN:CORCORAN-4-LA

NO HIT BUREAU OF CRIMINAL IDENTIFICATION FILES

* * * * * * END OF MESSAGE * * * * * * *

*******
TO: FB10 FROM: NCIC 01/10/22 13:46:24
4FBM0FB10L.IJ
CAFBILA00
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/FORD,BRIESHANAY SEX/F RAC/U
DOB/19901116 PUR/C
ATN/CORCORAN-4-LA

| NAME | FBI NO. | INQUIRY DATE |
|---|---|---|
| FORD,BRIESHAWAY DENISE | [redacted] | 2022/01/10 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR | PHOTO |
|---|---|---|---|---|---|---|---|
| F | B | 1990/11/16 | 411 | 120 | BLK | BLK | Y |

BIRTH PLACE
UNKNOWN

FINGERPRINT CLASS PATTERN CLASS

ALIAS NAMES

| | |
|---|---|
| COOPER,MARVISHA | CRAIG,BRIESANAY DENISE |
| CRAIG,BRIESHANA | CRAIG,BRIESHANAY |
| FORD,BRIESHANAY | FORD,BRIESHANAY DENISE |
| FORD,BRIESHANAY QUENESE | FORD,BRIESHANAY QUENISE |
| FORD,BRIESHANAY QUENSE DE | FORD,BRIESHAWAY DENISE |
| FORD,BRIESHNAY QUANISE | FORD,COOPERMARVIS |

OTHER

| BIRTH DATES | SOCIAL SECURITY |
|---|---|
| 1990/12/25 | 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 |

IDENTIFICATION DATA UPDATED 2021/12/14

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
CALIFORNIA - STATE ID/[redacted]

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END

```
PAGE 01  01/10/22  13:51:15 FB10 PRINT REQUESTED BY TERMINAL FB10
TO: FB10  FROM: CLETS                    01/10/22  13:51:12
4FBM0FB10P.IH

RE: QHY.CAFBILA00.[REDACTED].CORCORA      DATE:20220110 TIME:13:51:10
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:CORCORAN-4-LA

************************************************************************
DO NOT COLLECT DNA. DNA SAMPLE HAS BEEN RECEIVED,
TYPED, AND UPLOADED INTO THE CAL-DNA DATA BANK.
FOR INFO (510) 620-3300 OR PC296.PC296@DOJ.CA.GOV.
************************************************************************
** PALM PRINTS AVAILABLE AT DOJ FOR PALM PRINTS CONTACT
PALM.PRINT@DOJ.CA.GOV
III CALIFORNIA ONLY SOURCE RECORD
CII/[REDACTED]
DOB/19901116    SEX/M  RAC/BLACK
HGT/504  WGT/120  EYE/BLK  HAI/BLK  POB/CA
NAM/01 FORD,BRIESHAWAY DENISE
    02 CRAIG,BRIESANAY DENISE
    03 FORD,BRIESHANAY
    04 FORD,BRIESHNAY QUANISE
    05 FORD,BRIESHANAY QUENSE DE
    06 CRAIG,BRIESHANA
    07 CRAIG,BRIESHANAY
    08 FORD,BRIESHANAY DENISE
    09 COOPER,MARVISHA
    10 FORD,BRIESHANAY QUENISE
    11 MONIKER,COOPERMARVIS
    12 CRAIGFORD,BRIESHANY
    13 FORD,BRIESHANAY QUENESE

FBI/[REDACTED]
DOB/19901225
CDL/E1249804
SOC/613464707
INN/CDC-WE06399
SMT/TAT LF ARM; TAT NECK; TAT UR ARM
OCC/CHEF; LABORER; NONE; STADIUM; STUDENT; UNEMPLOYED
* * * *

ARR/DET/CITE:         NAM:01  DOB:19901116
20071018  CASO LA LENNOX

CNT:01     #1023777-32848497
  211 PC-ROBBERY
   COM: ADR-20071018 (3221,MARINE AVE, , ,GARDENA,CA, ,)
   COM: PHOTO AVAILABLE
   COM: SCN-[REDACTED]
* * * *

ARR/DET/CITE:         NAM:02  DOB:19901116
20081028  CAPD GARDENA

CNT:01     #1676766-32848497
  459 PC-BURGLARY

CNT:02
```

496(A) PC-RECEIVE/ETC KNOWN STOLEN PROPERTY

CNT:03-04
148.9(A) PC-FALSE ID TO SPECIFIC PEACE OFICERS
COM: ADR-20081028 (3221,MARINE AVE, ,S,GARDENA,CA,90249)
COM: PHOTO AVAILABLE
COM: SCN-[redacted]
* * * *

ARR/DET/CITE: NAM:03 DOB:19901116
20090420 CACM PD EL CAMINO TORRANCE

CNT:01 #1301565-32848497
-BOOK / RELEASE
330 PC-GAMBLING
20090511
DISPO:PROS REJ-LACK OF SUFFICIENT EVIDENCE
CITE #EC21737

CNT:02
-BOOK / RELEASE
148.9(B) PC-FALSE ID TO SPECIFIC PEACE OFFICER
COM: ADR-20090420 (3221,MARINE AVE, , ,GARDENA,CA,90249)
COM: PHOTO AVAILABLE
COM: SCN-[redacted]
* * * *

ARR/DET/CITE: NAM:04 DOB:19901116
20090510 CAPD LA SEVENTY SEVEN

CNT:01 #1905047-32848497
243(E)(1) PC-BAT:SPOUSE/EX SP/DATE/ETC
20090512
DISPO:PROS REL-DET ONLY/REASON UNKNOWN
ARR BY:CAPD LA SW DIVISION REC
COM: LACK OF SUFF EVID
COM: ADR-20090510 (3020,BUCKINGHAM, , ,LA,CA, ,)
COM: PHOTO AVAILABLE
COM: SCN-[redacted]
* * * *

ARR/DET/CITE: NAM:05 DOB:19901116
20100318 CAPD INGLEWOOD

CNT:01 #2266906-32848497
12500(A) VC-DRIVE W/O LICENSE

CNT:02
22108 VC-FAIL TO SIGNAL BEFORE TURNING VEHICLE

CNT:03
31 VC-GIVE FALSE INFORMATION TO PEACE OFFICER
COM: ADR-20100318 (3221,MARINE AV, ,W,COU,CA,90249)
COM: PHOTO AVAILABLE
COM: SCN-[redacted]
- - - -
COURT: NAM:03
20100322 CASC INGLEWOOD

CNT:01 #ING0IG0114901

```
  12500(A) VC-DRIVE W/O LICENSE
*DISPO:CONVICTED
   CONV STATUS:MISDEMEANOR
   SEN: 12 MONTHS PROBATION,10 DAYS JAIL,
        RESTN,IMP SEN SS

CNT:02
  31 VC-GIVE FALSE INFORMATION TO PEACE OFFICER
*DISPO:CONVICTED
   CONV STATUS:MISDEMEANOR
   SEN: 12 MONTHS PROBATION,10 DAYS JAIL,
        IMP SEN SS

20100327
 DISPO:FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
   COM: CONVICTION CERTIFIED BY JOHN A  CLARKE,EXECUTIVE
        OFFICER CLERK,CASCINGLEWOOD
   COM: DCN-[redacted]
* * * *

ARR/DET/CITE:         NAM:03  DOB:19901116
20100506  CAPD INGLEWOOD

CNT:01     #2323239-32848497
  459 PC-BURGLARY
   COM: ADR-20100506 (3221,MARINE AV, ,W,COU,CA,90249)
   COM: PHOTO AVAILABLE
   COM: SCN-[redacted]
- - - -
COURT:                NAM:01
20101202  CASC INGLEWOOD

CNT:01     #YA07799202
  459 PC-BURGLARY:FIRST DEGREE
*DISPO:CONVICTED
   CONV STATUS:FELONY
   SEN: 4 YEARS PRISON SS,36 MONTHS PROBATION,
        WORK PROGRAM,IMP SEN SS

 DISPO:CONVICTION CERT BY CLERK OF THE COURT
 DISPO:FOR CERT INFO SEE AUTOMATED ARCHIVE SYS

20110208
 DISPO:PROBATION MODIFIED
   SEN: RESTN

20130306
 DISPO:EARLY DISMISSAL FROM PROBATION
* * * *

ARR/DET/CITE:         NAM:06  DOB:19901116
20100831  CAPD LA HOLLYWOOD DIV REC

CNT:01     #2461007-32848497
  484(A) PC-THEFT
   COM: ADR-20100831 (3409,MARINE AVE, , ,GARDENA,CA, ,)
   COM: PHOTO AVAILABLE
   COM: SCN-[redacted]
- - - -
COURT:                NAM:06
```

20101122  CASC HOLLYWOOD



CNT:01 #LAH0HY0216101
SEE COMMENT FOR CHARGE
DISPO:DISMISSED/FURTHERANCE OF JUSTICE
COM: CHRG 459 PC

CNT:02
484(A) PC-THEFT
*DISPO:CONVICTED
CONV STATUS:MISDEMEANOR
SEN: 149 DAYS JAIL

DISPO:FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
COM: CONVICTION CERTIFIED BY JOHN A  CLARKE,EXECUTIVE
OFFICER CLERK,CASCHOLLYWOOD
COM: DCN-[redacted]
* * * *

ARR/DET/CITE: NAM:08 DOB:19901116
20100909  CAPD LA VALLEY JAIL

CNT:01 #2472305-32848497
487(A) PC-GRAND THEFT:MONEY/LABOR/PROP
ARR BY:CAPD LA WEST LOS ANGELES

CNT:02
-WARRANT
40508(A) VC-FAIL TO APPEAR:WRITTEN PROMISE
WARRANT #A144192194
COM: ADR-20100909 (3221,MARINE AVE, , ,GARDENA,CA, ,)
COM: PHOTO AVAILABLE
COM: SCN-[redacted]
- - - -
COURT: NAM:01
20100913  CASC WEST LA AIRPORT

CNT:01 #SA07538701
UNSPECIFIED CHARGE
*DISPO:CONVICTED

20130306
DISPO:EARLY DISMISSAL FROM PROBATION
- - - -
COURT: NAM:03
20101119  CASC LOS ANGELES S MONICA

CNT:01 #XWESA07538701
487(A) PC-GRAND THEFT:MONEY/LABOR/PROP
*DISPO:CONVICTED
CONV STATUS:FELONY
SEN: 3 YEARS PROBATION,180 DAYS JAIL,
RESTN,WORK PROGRAM,
IMP SEN SS

CNT:02
487(A) PC-GRAND THEFT:MONEY/LABOR/PROP
*DISPO:CONVICTED
CONV STATUS:FELONY
SEN: 3 YEARS PROBATION,180 DAYS JAIL,

```
        IMP SEN SS
20101119
 DISPO:CONDITION OF PROB-FIREARM RESTRICTION
   COM: DCN-[REDACTED]

 DISPO:FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
   COM: CONVICTION CERTIFIED BY JOHN A  CLARKE,EXECUTIVE
        OFFICER CLERK,CASCLOS ANGELES S MONICA
* * * *

ARR/DET/CITE:          NAM:09  DOB:19901225
20111125  CAPD HAWTHORNE

CNT:01     #2958977-32848497
   -WARRANT
  40508(A) VC-FAIL TO APPEAR:WRITTEN PROMISE
   WARRANT   #B475102194
   COM: ADR-20111125 (1928,TRANSIENT, , ,HAWTHORNE,CA,90250)
   COM: PHOTO AVAILABLE
   COM: SCN-[REDACTED]
- - - -
COURT:                 NAM:09
20111129  CASC INGLEWOOD

CNT:01     #ING1IG0662401
  148.9(A) PC-FALSE ID TO SPECIFIC PEACE OFICERS
 DISPO:DISMISSED/FOJ/PLEA TO OTHER CHARGE

CNT:02
  SEE COMMENT FOR CHARGE
*DISPO:CONVICTED
   CONV STATUS:INFRACTION
   SEN: 5 DAYS JAIL OR FINE,FINE
   COM: :CHRG 415 PC

20111210
 DISPO:FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
   COM: CONVICTION CERTIFIED BY JOHN A  CLARKE,EXECUTIVE
        OFFICER CLERK,CASCINGLEWOOD
   COM: DCN-[REDACTED]
* * * *

ARR/DET/CITE:          NAM:10  DOB:19901116
20120317  CAPD LA SEVENTY SEVEN

CNT:01     #3089054-32848497
  529 PC-FALSE PERSONATION OF ANOTHER:SPEC CIRC
20120320
 DISPO:PROS REJ-LACK OF SUFFICIENT EVIDENCE

CNT:02
   -WARRANT
  211 PC-ROBBERY
   WARRANT   #LACBA39510402

CNT:03
   -WARRANT
  14601.1(A) VC-DRIVE WHILE LIC SUSPEND/ETC
 DISPO:DISPO SEE MATCH ARR/DET/CITE NUMB(FDSMN)
```

```
   WARRANT    #LB 1LT0675101
   COM: ADR-20120317 (3820 BUCKINGHAM RD, , LA, CA, , )
   COM: PHOTO AVAILABLE
   COM: SCN-[redacted]
- - - -
COURT:                NAM:01
20130306  CASC LOS ANGELES CENTRAL

CNT:01     #XCNBA39510402
  211 PC-ROBBERY:FIRST DEGREE
 DISPO:DISMISSED/FURTHERANCE OF JUSTICE

CNT:02
  459 PC-BURGLARY
 DISPO:DISMISSED/FURTHERANCE OF JUSTICE

CNT:03
  211 PC-ROBBERY:FIRST DEGREE
*DISPO:CONVICTED
   CONV STATUS:FELONY
   SEN: 4 YEARS PRISON

CNT:04
  211 PC-ROBBERY:FIRST DEGREE
*DISPO:CONVICTED
   CONV STATUS:FELONY
   SEN: 16 MONTHS PRISON,CONSECUTIVE

20130316
 DISPO:FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
   COM: CONVICTION CERTIFIED BY JOHN A  CLARKE,EXECUTIVE
        OFFICER CLERK,CASCLOS ANGELES CENTRAL
   COM: DCN-P1006000771319000267
- - - -
COURT:                NAM:01
20120710  CASC LOS ANGELES CENTRAL

CNT:01     #XCNBA39510402
  207(A) PC-KIDNAPPING
 DISPO:ACCUSATION SET ASIDE

CNT:02-03
  207(A) PC-KIDNAPPING
 DISPO:ACCUSATION SET ASIDE
   COM: DCN-P1006000771319000267
* * * *

CUSTODY:CDC           NAM:03
20130423  CASD CORR CCWF RECEP REC

CNT:01-02  #WE6399
  212.5(A) PC-ROB:1ST DEG:CAB/ETC/INHAB DWELL
   -INVOLVE FIREARM
   SEN FROM: LOS ANGELES CO  CRT #BA395104
   SEN: 64 MONTHS PRISON
   COM: PHOTO AVAILABLE
   COM: SCN-[redacted]
* * * *

ARR/DET/CITE:         NAM:03
```

20131028 CASD CORR CHOWCHILLA

CNT:01 #WE6399
-IN PRISON ARR
4573.6 PC-POSSESS CONTROL SUB/ETC IN PRISN/ETC
20140414
DISPO:PROS REJ-LACK OF SUFFICIENT EVIDENCE
* * * *

ARR/DET/CITE: NAM:03
20160427 CASD CORR CHOWCHILLA

CNT:01 #WE6399
-IN PRISON ARR
243.4(A) PC-SEXUAL BATTERY
20161108
DISPO:PROS REJ-LACK OF SUFFICIENT EVIDENCE
* * * *

ARR/DET/CITE: NAM:03 DOB:19901116
20180811 CAPD LA SEVENTY SEVEN

CNT:01 #5392632-32848497
22810(A) PC-UNLAWFUL POSS/USE TEAR GAS
20180813
DISPO:PROS REL-DET ONLY/REASON UNKNOWN
COM: ADR-20180811 (3221,MARINE AVE, , ,GARDENA,CA, ,)
COM: PHOTO AVAILABLE
COM: SCN-[redacted]
COM: DCN-[redacted]
\- - - -
COURT: NAM:03
20180816 CASC MCLOS ANGELES

CNT:01 #LAC8CJ1105301
22810(A) PC-UNLAWFUL POSS/USE TEAR GAS
DISPO:DISMISSED/FURTHERANCE OF JUSTICE

CNT:02
14601.1(A) VC-DRIVE WHILE LIC SUSPEND/ETC
*DISPO:CONVICTED
CONV STATUS:MISDEMEANOR
SEN: 12 DAYS JAIL,RESTN

DISPO:FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
COM: CONVICTION CERTIFIED BY SHERRI R CARTER,EXECUTIVE
OFFICER CLERK,CASCMCLOS ANGELES
COM: DCN-[redacted]
* * * *

ARR/DET/CITE: NAM:10 DOB:19901116
20190615 CAPD GARDENA

CNT:01 #5659683-32848497
-WARRANT
14601.1(A) VC-DRIVE WHILE LIC SUSPEND/ETC
WARRANT #LAM8MN0707601

CNT:02
-WARRANT

14601.1(B)(2) VC-DRIVE:LIC SUSP W/PR W/I 5 YR
WARRANT #LAX8AR3345401

CNT:03
-WARRANT
14601.1(B)(2) VC-DRIVE:LIC SUSP W/PR W/I 5 YR
DISPO:DISPO SEE MATCH ARR/DET/CITE NUMB(FDSMN)
WARRANT #ING8IN0416901
COM: ADR-20190615 (3221,MARINE AV, ,W,COU,CA,90249)
COM: PHOTO AVAILABLE
COM: SCN-[redacted]
* * * *

ARR/DET/CITE: NAM:03 DOB:19901116
20190726 CASO LA LENNOX

CNT:01 #5699545-32848497
-WARRANT
14601.1(B)(2) VC-DRIVE:LIC SUSP W/PR W/I 5 YR
WARRANT #LAX8AR3345401

CNT:02
-WARRANT
14601.1(B)(2) VC-DRIVE:LIC SUSP W/PR W/I 5 YR
DISPO:DISPO SEE MATCH ARR/DET/CITE NUMB(FDSMN)
WARRANT #ING8IN0416901

CNT:03
-WARRANT
14601.1(A) VC-DRIVE WHILE LIC SUSPEND/ETC
WARRANT #LAM8MN0707601
COM: ADR-20190726 (3221,MARINE AVE, , ,GARDENA,CA, ,)
COM: PHOTO AVAILABLE
COM: SCN-[redacted]
* * * *

ARR/DET/CITE: NAM:10 DOB:19901116
20200601 CAPD PASADENA

CNT:01 #5946308-32848497
-ATTEMPTED
463(A) PC-BURG/ETC DURING STATE OF EMERG/ETC
COM: ADR-20200601 (3221,MARIE AVE, , ,GARDENA,CA,90249)
COM: PHOTO AVAILABLE
COM: SCN-[redacted]
* * * *

ARR/DET/CITE: NAM:13 DOB:19901116
20201103 CASO RIVERSIDE

CNT:01 #202037027-332049960
25400(A)(1) PC-CCW IN VEHICLE
ARR BY:CAPD CORONA
ARR AGY #2070666

CNT:02
273A(A) PC-CHILD CRUELTY:POS INJURY/DEATH
ARR AGY #2070666
COM: ADR-20201103 (4565,DON TMASO DR APT 2, , ,LOS ANGELES,CA,
,)

COM: SCN-999N3080032
* * * *



ARR/DET/CITE: NAM:03 DOB:19901116
20211123 CAPD LA VALLEY JAIL

CNT:01 #6281147-32848497
29800(A)(1) PC-FELON/ADDICT POSS/ETC FIREARM
COM: ADR-20211123 (3221,MARINE AVE, , ,GARDENA,CA, ,)
COM: PHOTO AVAILABLE
COM: SCN-[redacted]
* * * *

ARR/DET/CITE: NAM:03 DOB:19901116
20211214 CAPD LA METRO JAIL

CNT:01 #6292996-32848497
187(A) PC-MURDER
20211216
DISPO:PROS REL-DET ONLY-LACK OF SUFF EVID
ARR BY:CARA OTHER LOS ANGELES CO
COM: ADR-20211214 (18325,KESWICK, , ,RESEDA,CA, ,)
COM: PHOTO AVAILABLE
COM: SCN-[redacted]
COM: DCN-[redacted]

```
*********************************************************************
**                                                                 **
**  THE ENTRIES PROVIDED BELOW ARE BASED UPON AN ARREST OR COURT   **
**  DISPOSITION REPORT.  THE SUBJECT OF THE ENTRY HAS BEEN IDENTIFIED *
**  WITH THIS RECORD BASED UPON SOFT CRITERIA CONSISTING OF A NAME  **
**  OR NUMBER MATCH.  POSITIVE IDENTIFICATION HAS NOT BEEN MADE     **
**  BECAUSE FINGERPRINTS WERE NOT RECEIVED FOR THE ENTRIES.  USE OF  **
**  THIS INFORMATION IS THE RECEIVERS RESPONSIBILITY.              **
**                                                                 **
*********************************************************************
```

* * * *

ARR/DET/CITE: NAM:03
20110204 CAHP SOUTH LOS ANGELES

CNT:01 #37451NB
NO ARREST RECEIVED

CNT:02
14601.1(A) VC-DRIVE WHILE LIC SUSPEND/ETC
- - - -
COURT: NAM:03
20120322 CASC LONG BEACH

CNT:01 #LB 1LT0675101
SEE COMMENT FOR CHARGE
DISPO:DISMISSED/FURTHERANCE OF JUSTICE
COM: CHRG 24600(B) VC

CNT:02
16028(A) VC-FAIL PROVE FIN RSP:PO REQUEST
DISPO:DISMISSED/FURTHERANCE OF JUSTICE

CNT:03
14601.1(A) VC-DRIVE WHILE LIC SUSPEND/ETC

```
*DISPO:CONVICTED
   CONV STATUS:MISDEMEANOR
   SEN: 3 YEARS PROBATION,12 DAYS JAIL,
        IMP SEN SS

20120331
 DISPO:FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
   COM: CONVICTION CERTIFIED BY JOHN A  CLARKE,EXECUTIVE
        OFFICER CLERK,CASCLONG BEACH
   COM:DCN-[REDACTED]
* * * *

ARR/DET/CITE:         NAM:03
20180923  CAHP WEST LOS ANGELES

CNT:01     #HU34574
  NO ARREST RECEIVED

CNT:02
  14601.1(B)(2) VC-DRIVE:LIC SUSP W/PR W/I 5 YR
- - - -
COURT:                NAM:03
20200429  CASC INGLEWOOD

CNT:01     #ING8IN0416901
  14601.1(B)(2) VC-DRIVE:LIC SUSP W/PR W/I 5 YR
 DISPO:DISMISSED/FURTHERANCE OF JUSTICE
   COM:DCN-[REDACTED]
     *    *    *    END OF MESSAGE    *    *    *
```

[redacted]

DATE:01-10-22*TIME:13:01*

MATCHED ON:*L/N*F/N

DMV RECORD FOR LAW ENFORCEMENT USE ONLY

DL/NO:E1249804*B/D:11-16-1990*NAME:FORD BRIESHANAY QUENISE DENISE C*
MAIL ADDR AS OF 05-15-18:3221 MARINE AVE GARDENA 90249*
OTH/ADDR AS OF 09-23-11:3820 BUCKINGHAM RD LOS ANGELES *
AKA:FORD BRESHANAY QUENISE DENISE CRAIG*
AKA:FORD BRIESHANAY QUENISE*
AKA:BRIESHANAY DENISE QUENISE*

IDENTIFYING INFORMATION:

SEX:FEMALE*HAIR:BLACK*EYES:BRN*HT:4-11*WT:125*

ID CARD MLD:05-24-18*EXPIRES:11-16-23*BATES:LIS*

LIC/ISS:06-30-17*EXPIRES:11-16-21*CLASS:C NON-COMMERCIAL*
ENDORSEMENTS:NONE*
ORIGINAL DL ISSUE DATE:06-30-17*

LATEST APP:

DL TYPE:ID CARD*ISS/DATE: 05-15-18*OFFICE: LSA*

LICENSE STATUS:
SUSPENDED EXCEPT IN COURSE OF EMPLOYMENT 16073 VC.

DEPARTMENTAL ACTIONS:

FR PRF REQ [redacted] TERM 101122*

DRV LIC SUSPENDED *EFF:05-10-18*ORDER MAILED:04-10-18*AUTH:16004A *
REASON:ACCIDENT - FR*SERVICE:M/05-15-18*
VERBAL NOTICE-COURT,LAW ENFORCEMENT AGENCY,OR DMV*
ABOVE SUSP DOES NOT AFFECT PRIV TO DRIV EMPLOYERS VEHICLE IN
COURSE OF EMPLOYMENT, 16073 VC.

DRV LIC SUSPENDED *EFF:05-10-18*ORDER MAILED:04-10-18*AUTH:16070 *
REASON:ACCIDENT - FR*SERVICE:M/05-15-18*
VERBAL NOTICE-COURT,LAW ENFORCEMENT AGENCY,OR DMV*
ABOVE SUSP DOES NOT AFFECT PRIV TO DRIV EMPLOYERS VEHICLE IN
COURSE OF EMPLOYMENT, 16073 VC.

DRV LIC SUSPENDED *EFF:10-11-18*ORDER MAILED:09-11-18*AUTH:16004A *
REASON:ACCIDENT - FR*SERVICE:M/05-23-19*
VERBAL NOTICE-COURT,LAW ENFORCEMENT AGENCY,OR DMV*
ABOVE SUSP DOES NOT AFFECT PRIV TO DRIV EMPLOYERS VEHICLE IN
COURSE OF EMPLOYMENT, 16073 VC.

DRV LIC SUSPENDED *EFF:10-11-18*ORDER MAILED:09-11-18*AUTH:16070 *

REASON:ACCIDENT - FR*SERVICE:M/05-23-19*
VERBAL NOTICE-COURT,LAW ENFORCEMENT AGENCY OR DMV*
ABOVE SUSP DOES NOT AFFECT PRIV TO DRIV EMPLOYERS VEHICLE IN COURSE OF EMPLOYMENT, 16073 VC.

CONVICTIONS:

| VIOL/DT | CONV/DT | SEC/VIOL | DKT/NO | DISP | COURT | VEH/LIC |
|---|---|---|---|---|---|---|
| 08-11-18 | 08-16-18 | 146011 VC | 811053 | J | 19463 | |

DMV POINT COUNT 2

FAILURES TO APPEAR:

| VIOL/DT | SEC/VIOL | DKT/NO | COURT | VEH/LIC |
|---|---|---|---|---|
| 06-26-19 | 16028A VC<br>216555 VC<br>405095 VC | *BPE000 | 30420 | 6YTW979 |

FINE AMOUNT DUE $ 1724

ACCIDENTS:
NONE

END

**Department of Motor Vehicles Image - CAL-PHOTO**

## CALIFORNIA DEPARTMENT OF MOTOR VEHICLES
## IMAGE RECORD FOR:

# FORD BRIESHANAY QUENISE DENISE C

| **E1249804** | **EXPIRES:** 11/16/2023 | **CLASS:** | **SEX:** F |
|---|---|---|---|
| **HAIR:** BLK | **EYES:** BRN | **HEIGHT:** 411 | **WEIGHT:** 125 |

**DATE OF BIRTH:** 11/16/1990

**ADDRESS:** 3221 MARINE AVE, GARDENA, CA 90249

| **PHOTO DATE:** 05/15/2018 | **PHOTO OFFICE:** 502 | **APPLICATION DATE:** 05/15/2018 | **APPLICATION OFFICE:** 502 |
|---|---|---|---|
| **ISSUE DATE:** 05/15/2018 | **ISSUE OFFICE:** 502 | **RESTRICTIONS:** | |
| **PHOTO SEQ #:** 6889 | | **ENDORSEMENTS:** | |



**SIGNATURE:**

**FINGERPRINT:**



This photograph is a true copy of the photograph that is contained on the Department of Motor Vehicles photo database and delivered over the Department of Justice Cal-Photo communications network.

Date:______________________________________________ /s/_____________________________________________________

PAGE 01 01/10/22 13:51:53 FB10 PRINT REQUESTED BY TERMINAL FB10
TO: FB10 FROM: CLETS 01/10/22 13:51:28
[redacted]
R. INQUIRY SUCCESSFUL

*******
TO: FB10 FROM: NCIC 01/10/22 13:51:29
[redacted]
CAFBILA00
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/[redacted] THE FOLLOWING WILL RESPOND TO YOUR
AGENCY:
CALIFORNIA - STATE ID/[redacted]
END

*******
TO: FB10 FROM: CLETS 01/10/22 13:51:43
[redacted]I*

CR.CAIII0000
01/10/2022 14:51 19549
01/10/2022 14:51 82220 CAFBILA00
[redacted]
TXT
HDR/[redacted]
ATN/CORCORAN-4-LA
********************** CRIMINAL HISTORY RECORD ***********************

**************************** Introduction ****************************

This rap sheet was produced in response to the following request:

State Id Number [redacted]
Purpose Code C
Attention CORCORAN-4-LA

The information in this rap sheet is subject to the following caveats:

RESTRICTED - DO NOT USE FOR EMPLOYMENT, LICENSING, PLACEMENT OR
CERTIFICATION PURPOSES (CA; 2022-01-10)

DO NOT COLLECT DNA. DNA SAMPLE HAS BEEN RECEIVED, TYPED, AND
UPLOADED
INTO THE CAL-DNA DATA BANK. FOR INFO (510) 620-3300

************************** (CA; 2013-07-10)
** PALM PRINT ON FILE AT DOJ FOR ADDITIONAL INFORMATION PLEASE
E-MAIL
PALM.PRINT@DOJ.CA.GOV (CA; 2011-12-19)

*************************** IDENTIFICATION ***************************

Subject Name(s)

FORD, BRIESHAWAY DENISE
CRAIG, BRIESANAY DENISE (AKA)
FORD, BRIESHANAY (AKA)
FORD, BRIESHNAY QUANISE (AKA)

FORD, BRIESHANAY QUENSE DE (AKA)
CRAIG, BRIESHANA (AKA)
CRAIG, BRIESHANAY (AKA)
FORD, BRIESHANAY DENISE (AKA)
COOPER, MARVISHA (AKA)
FORD, BRIESHANAY QUENISE (AKA)
MONIKER, COOPERMARVIS (AKA)
CRAIGFORD, BRIESHANY (AKA)
FORD, BRIESHANAY QUENESE (AKA)

Subject Description

| FBI Number | State Id Number | DOC Number |
|---|---|---|
| [redacted] | [redacted] | CDC-WE06399 |

| Social Security Number | Driver's License Number |
|---|---|
| 613464707 | E1249804 () |

| Sex | Race |
|---|---|
| Male | Black |

| Height | Weight | Date of Birth |
|---|---|---|
| 5'04" | 120 | 1990-11-16<br>1990-12-25 |

| Hair Color | Eye Color |
|---|---|
| Black | Black |

Scars, Marks, and Tattoos

| Code | Description, Comments, and Images |
|---|---|
| TAT LF ARM | , |
| TAT NECK | , |
| TAT UR ARM | , |

| Place of Birth | Ethnicity |
|---|---|
| CALIFORNIA | Black Or African American |

Employment

| | |
|---|---|
| Occupation | CHEF |
| Employer | |
| Occupation | LABORER |
| Employer | |
| Occupation | NONE |
| Employer | |
| Occupation | STADIUM |
| Employer | |
| Occupation | STUDENT |
| Employer | |
| Occupation | UNEMPLOYED |
| Employer | |

************************* CRIMINAL HISTORY *************************

============================== Cycle 001 ==============================

Earliest Event Date 2007-10-18

----------------------------------------------------------------------

```
Arrest Date               2007-10-18
Arrest Case Number        1023777-32848497
Arresting Agency          CA0190003 CASOLA LENNOX
Subject's Name            FORD,BRIESHAWAY DENISE
Comment(s)                ARREST/DETAINED/CITED
Comment(s)                PHOTO AVAILABLE
Charge                    1
               Statute    ROBBERY (211 PC )
    State Offense Code    12004
              Severity    Felony
=============================== Cycle 002 ==============================
Earliest Event Date       2008-10-28
------------------------------------------------------------------------
Arrest Date               2008-10-28
Arrest Case Number        1676766-32848497
Arresting Agency          CA0192400 CAPDGARDENA
Subject's Name            CRAIG,BRIESANAY DENISE
Comment(s)                ARREST/DETAINED/CITED
Comment(s)                PHOTO AVAILABLE
Charge                    1
               Statute    BURGLARY (459 PC )
    State Offense Code    22004
              Severity    Felony
Charge                    2
               Statute    RECEIVE/ETC KNOWN STOLEN PROPERTY (496(A) PC )
    State Offense Code    28025
              Severity    Felony
Charge                    3
               Statute    FALSE ID TO SPECIFIC PEACE OFICERS (148.9(A) PC
                          )
    State Offense Code    48077
              Severity    Misdemeanor
Charge                    4
               Statute    FALSE ID TO SPECIFIC PEACE OFICERS (148.9(A) PC
                          )
    State Offense Code    48077
              Severity    Misdemeanor
=============================== Cycle 003 ==============================
Earliest Event Date       2009-04-20
------------------------------------------------------------------------
Arrest Date               2009-04-20
Arrest Case Number        1301565-32848497
Arresting Agency          CA0190C00 CACMPD EL CAMINO TORRANCE
Subject's Name            FORD,BRIESHANAY
Comment(s)                ARREST/DETAINED/CITED
Comment(s)                CITE EC21737
Comment(s)                PHOTO AVAILABLE
Charge                    1
               Statute    GAMBLING (330 PC )
    State Offense Code    39012
              Severity    Misdemeanor
           Disposition    ( 2009-05-11; PROS REJ-LACK OF SUFFICIENT
                          EVIDENCE)
Charge                    2
               Statute    FALSE ID TO SPECIFIC PEACE OFFICER (148.9(B) PC
                          )
    State Offense Code    48079
              Severity    Misdemeanor
=============================== Cycle 004 ==============================
Earliest Event Date       2009-05-10
```

```
-----------------------------------------------------------------------
Arrest Date                2009-05-10
Arrest Case Number         1905047-32848497
Arresting Agency           CA0194212 CAPDLA SEVENTY SEVEN
Subject's Name             FORD,BRIESHNAY QUANISE
Comment(s)                 ARREST/DETAINED/CITED
Comment(s)                 PHOTO AVAILABLE
Charge                     1
    Charge Description     LACK OF SUFF EVID
               Statute     BAT:SPOUSE/EX SP/DATE/ETC (243(E)(1) PC )
    State Offense Code     13174
              Severity     Misdemeanor
           Disposition     ( 2009-05-12; PROS REL-DET ONLY/REASON UNKNOWN)
=============================== Cycle 005 ===============================
Earliest Event Date        2010-03-18
-----------------------------------------------------------------------
Arrest Date                2010-03-18
Arrest Case Number         2266906-32848497
Arresting Agency           CA0193300 CAPDINGLEWOOD
Subject's Name             FORD,BRIESHANAY QUENSE DE
Comment(s)                 ARREST/DETAINED/CITED
Comment(s)                 PHOTO AVAILABLE
Charge                     1
               Statute     DRIVE W/O LICENSE (12500(A) VC )
    State Offense Code     54107
              Severity     Misdemeanor
Charge                     2
               Statute     FAIL TO SIGNAL BEFORE TURNING VEHICLE (22108 VC
                           )
    State Offense Code     54149
              Severity     Infraction
Charge                     3
               Statute     GIVE FALSE INFORMATION TO PEACE OFFICER (31 VC )
    State Offense Code     48051
              Severity     Misdemeanor
-----------------------------------------------------------------------
Court Disposition          (Cycle 005)
Court Case Number          ING0IG0114901
Final Disposition Date     2010-03-22
Court Agency               CA019133J CASCINGLEWOOD
Subject's Name             FORD,BRIESHANAY
Charge                     1
               Statute     DRIVE W/O LICENSE (12500(A) VC )
    State Offense Code     54107
              Severity     Misdemeanor
           Disposition     (CONVICTED-PROB/JAIL)
Charge                     2
               Statute     GIVE FALSE INFORMATION TO PEACE OFFICER (31 VC )
    State Offense Code     48051
              Severity     Misdemeanor
           Disposition     (CONVICTED-PROB/JAIL)
    Court Comment     (2010-03-27) FOR CERT INFO SEE AUTOMATED
                           ARCHIVE SYS
    Court Comment     CONVICTION CERTIFIED BY JOHN A CLARKE,EXECUTIVE
                           OFFICER CLERK,CASCINGLEWOOD
    Court Comment     COURT ACTION
-----------------------------------------------------------------------
Sentencing                 (Cycle 005)
Sentence                   IMP SEN SS; 012 MONTHS PROBATION; 010 DAYS
                           JAIL; RESTN
```

```
-----------------------------------------------------------------------
Sentencing                (Cycle 005)
Sentence                  IMP SEN SS; 012 MONTHS PROBATION; 010 DAYS JAIL
=============================== Cycle 006 ===============================
Earliest Event Date       2010-05-06
-----------------------------------------------------------------------
Arrest Date               2010-05-06
Arrest Case Number        2323239-32848497
Arresting Agency          CA0193300 CAPDINGLEWOOD
Subject's Name            FORD,BRIESHANAY
Comment(s)                ARREST/DETAINED/CITED
Comment(s)                PHOTO AVAILABLE
Charge                    1
               Statute    BURGLARY (459 PC )
     State Offense Code   22004
              Severity    Felony
-----------------------------------------------------------------------
Court Disposition         (Cycle 006)
Court Case Number         YA07799202
Final Disposition Date    2010-12-02
Court Agency              CA019133J CASCINGLEWOOD
Subject's Name            FORD,BRIESHAWAY DENISE
Charge                    1
               Statute    BURGLARY:FIRST DEGREE (459 PC )
     State Offense Code   22021
              Severity    Felony
           Disposition    (CONVICTED-PROBATION)
     Court Comment   (2011-02-08) PROBATION MODIFIED
     Court Comment   (2013-03-06) EARLY DISMISSAL FROM PROBATION
     Court Comment   CONVICTION CERT BY CLERK OF THE COURT
     Court Comment   COURT ACTION
     Court Comment   FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
-----------------------------------------------------------------------
Sentencing                (Cycle 006)
Sentence                  004 YEARS PRISON SS; IMP SEN SS; 036 MONTHS
                          PROBATION; WORK PROGRAM
-----------------------------------------------------------------------
Sentencing                (Cycle 006)
Sentence                  RESTN
=============================== Cycle 007 ===============================
Earliest Event Date       2010-08-31
-----------------------------------------------------------------------
Arrest Date               2010-08-31
Arrest Case Number        2461007-32848497
Arresting Agency          CA0194206 CAPDLA HOLLYWOOD DIV REC
Subject's Name            CRAIG,BRIESHANA
Comment(s)                ARREST/DETAINED/CITED
Comment(s)                PHOTO AVAILABLE
Charge                    1
               Statute    THEFT (484(A) PC )
     State Offense Code   23099
              Severity    Misdemeanor
-----------------------------------------------------------------------
Court Disposition         (Cycle 007)
Court Case Number         LAH0HY0216101
Final Disposition Date    2010-11-22
Court Agency              CA019053J CASCHOLLYWOOD
Subject's Name            CRAIG,BRIESHANA
Charge                    1
    Charge Description    CHRG 459 PC
```

```
               Statute  SEE COMMENT FOR CHARGE ( )
    State Offense Code  66085
              Severity  Unknown
           Disposition  (DISMISSED/FURTHERANCE OF JUSTICE)
Charge                  2
               Statute  THEFT (484(A) PC )
    State Offense Code  23099
              Severity  Misdemeanor
           Disposition  (CONVICTED-JAIL)
    Court Comment  CONVICTION CERTIFIED BY JOHN A CLARKE,EXECUTIVE
                        OFFICER CLERK,CASCHOLLYWOOD
    Court Comment  COURT ACTION
    Court Comment  FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
-----------------------------------------------------------------------
Sentencing              (Cycle 007)
Sentence                149 DAYS JAIL
=============================== Cycle 008 ===============================
Earliest Event Date     2010-09-09
-----------------------------------------------------------------------
Arrest Date             2010-09-09
Arrest Case Number      2472305-32848497
Arresting Agency        CA0194279 CAPDLA VALLEY JAIL
Subject's Name          FORD,BRIESHANAY DENISE
Comment(s)              ARREST/DETAINED/CITED
Comment(s)              PHOTO AVAILABLE
Comment(s)              WARRANT A144192194
Charge                  1
               Statute  GRAND THEFT:MONEY/LABOR/PROP (487(A) PC )
    State Offense Code  23132
              Severity  Felony
Charge                  2
               Statute  FAIL TO APPEAR:WRITTEN PROMISE (40508(A) VC )
    State Offense Code  54093
              Severity  Misdemeanor
-----------------------------------------------------------------------
Court Disposition       (Cycle 008)
Court Case Number       SA07538701
Final Disposition Date  2010-09-13
Court Agency            CA019023J CASCWEST LA AIRPORT
Subject's Name          FORD,BRIESHAWAY DENISE
Charge                  1
               Statute  UNSPECIFIED CHARGE ( )
    State Offense Code  66075
              Severity  Unknown
           Disposition  (CONVICTED SENTENCE NOT REPORTED)
    Court Comment  (2013-03-06) EARLY DISMISSAL FROM PROBATION
    Court Comment  COURT ACTION
-----------------------------------------------------------------------
Court Disposition       (Cycle 008)
Court Case Number       XWESA07538701
Final Disposition Date  2010-11-19
Court Agency            CA019293J CASCLOS ANGELES S MONICA
Subject's Name          FORD,BRIESHANAY
Charge                  1
               Statute  GRAND THEFT:MONEY/LABOR/PROP (487(A) PC )
    State Offense Code  23132
              Severity  Felony
           Disposition  (CONVICTED-PROB/JAIL)
Charge                  2
               Statute  GRAND THEFT:MONEY/LABOR/PROP (487(A) PC )
```

State Offense Code 23132
Severity Felony
Disposition (CONVICTED-PROB/JAIL)
Court Comment (2010-11-19) CONDITION OF PROB-FIREARM RESTRICTION
Court Comment CONVICTION CERTIFIED BY JOHN A CLARKE,EXECUTIVE OFFICER CLERK,CASCLOS ANGELES S MONICA
Court Comment COURT ACTION
Court Comment FOR CERT INFO SEE AUTOMATED ARCHIVE SYS

---

Sentencing (Cycle 008)
Sentence 003 YEARS PROBATION; IMP SEN SS; 180 DAYS JAIL; WORK PROGRAM; RESTN

---

Sentencing (Cycle 008)
Sentence 003 YEARS PROBATION; IMP SEN SS; 180 DAYS JAIL

================================ Cycle 009 ================================

Earliest Event Date 2011-02-04

---

Arrest Date 2011-02-04
Arrest Case Number 37451NB
Arresting Agency CA0199930 CAHPSOUTH LOS ANGELES
Subject's Name FORD,BRIESHANAY
Comment(s) ARREST/DETAINED/CITED
Charge 1
Statute NO ARREST RECEIVED ( )
State Offense Code 00001
Severity Other
Charge 2
Statute DRIVE WHILE LIC SUSPEND/ETC (14601.1(A) VC )
State Offense Code 54083
Severity Misdemeanor

---

Court Disposition (Cycle 009)
Court Case Number LB 1LT0675101
Final Disposition Date 2012-03-22
Court Agency CA019143J CASCLONG BEACH
Subject's Name FORD,BRIESHANAY
Charge 1
Charge Description CHRG 24600(B) VC
Statute SEE COMMENT FOR CHARGE ( )
State Offense Code 66085
Severity Unknown
Disposition (DISMISSED/FURTHERANCE OF JUSTICE)
Charge 2
Statute FAIL PROVE FIN RSP:PO REQUEST (16028(A) VC )
State Offense Code 54101
Severity Unknown
Disposition (DISMISSED/FURTHERANCE OF JUSTICE)
Charge 3
Statute DRIVE WHILE LIC SUSPEND/ETC (14601.1(A) VC )
State Offense Code 54083
Severity Misdemeanor
Disposition (CONVICTED-PROB/JAIL)
Court Comment (2012-03-31) FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
Court Comment CONVICTION CERTIFIED BY JOHN A CLARKE,EXECUTIVE OFFICER CLERK,CASCLONG BEACH
Court Comment COURT ACTION

---

```
Sentencing                (Cycle 009)
Sentence                  003 YEARS PROBATION; 012 DAYS JAIL, IMP SEN SS
=============================== Cycle 010 ==============================
Earliest Event Date       2011-11-25
------------------------------------------------------------------------
Arrest Date               2011-11-25
Arrest Case Number        2958977-32848497
Arresting Agency          CA0192800 CAPDHAWTHORNE
Subject's Name            COOPER,MARVISHA
Comment(s)                ARREST/DETAINED/CITED
Comment(s)                PHOTO AVAILABLE
Comment(s)                WARRANT B475102194
Charge                    1
               Statute    FAIL TO APPEAR:WRITTEN PROMISE (40508(A) VC )
    State Offense Code    54093
              Severity    Misdemeanor
------------------------------------------------------------------------
Court Disposition         (Cycle 010)
Court Case Number         ING1IG0662401
Final Disposition Date    2011-11-29
Court Agency              CA019133J CASCINGLEWOOD
Subject's Name            COOPER,MARVISHA
Charge                    1
               Statute    FALSE ID TO SPECIFIC PEACE OFICERS (148.9(A) PC
                          )
    State Offense Code    48077
              Severity    Unknown
           Disposition    (DISMISSED/FOJ/PLEA TO OTHER CHARGE)
Charge                    2
    Charge Description    :CHRG 415 PC
               Statute    SEE COMMENT FOR CHARGE ( )
    State Offense Code    66085
              Severity    Infraction
           Disposition    (CONVICTED-FINE)
    Court Comment    (2011-12-10) FOR CERT INFO SEE AUTOMATED
                          ARCHIVE SYS
    Court Comment    CONVICTION CERTIFIED BY JOHN A CLARKE,EXECUTIVE
                          OFFICER CLERK,CASCINGLEWOOD
    Court Comment    COURT ACTION
------------------------------------------------------------------------
Sentencing                (Cycle 010)
Sentence                  FINE; 005 DAYS JAIL OR FINE
=============================== Cycle 011 ==============================
Earliest Event Date       2012-03-17
------------------------------------------------------------------------
Arrest Date               2012-03-17
Arrest Case Number        3089054-32848497
Arresting Agency          CA0194212 CAPDLA SEVENTY SEVEN
Subject's Name            FORD,BRIESHANAY QUENISE
Comment(s)                ARREST/DETAINED/CITED
Comment(s)                PHOTO AVAILABLE
Comment(s)                WARRANT LACBA39510402
Comment(s)                WARRANT LB 1LT0675101
Charge                    1
               Statute    FALSE PERSONATION OF ANOTHER:SPEC CIRC (529 PC )
    State Offense Code    44010
              Severity    Felony
           Disposition    ( 2012-03-20; PROS REJ-LACK OF SUFFICIENT
                          EVIDENCE)
Charge                    2
```

```
           Statute  ROBBERY (211 PC )
State Offense Code  12004
          Severity  Felony
Charge              3
           Statute  DRIVE WHILE LIC SUSPEND/ETC (14601.1(A) VC )
State Offense Code  54083
          Severity  Misdemeanor
       Disposition  (DISPO SEE MATCH ARR/DET/CITE NUMB(FDSMN))
------------------------------------------------------------------------
Court Disposition       (Cycle 011)
Court Case Number       XCNBA39510402
Final Disposition Date  2013-03-06
Court Agency            CA019293J CASCLOS ANGELES CENTRAL
Subject's Name          FORD,BRIESHAWAY DENISE
Charge                  1
           Statute  ROBBERY:FIRST DEGREE (211 PC )
State Offense Code  12017
          Severity  Unknown
       Disposition  (DISMISSED/FURTHERANCE OF JUSTICE)
Charge              2
           Statute  BURGLARY (459 PC )
State Offense Code  22004
          Severity  Unknown
       Disposition  (DISMISSED/FURTHERANCE OF JUSTICE)
Charge              3
           Statute  ROBBERY:FIRST DEGREE (211 PC )
State Offense Code  12017
          Severity  Felony
       Disposition  (CONVICTED COMMITTED TO PRISON)
Charge              4
           Statute  ROBBERY:FIRST DEGREE (211 PC )
State Offense Code  12017
          Severity  Felony
       Disposition  (CONVICTED COMMITTED TO PRISON)
    Court Comment  (2013-03-16) FOR CERT INFO SEE AUTOMATED
                    ARCHIVE SYS
    Court Comment  CONVICTION CERTIFIED BY JOHN A CLARKE,EXECUTIVE
                    OFFICER CLERK,CASCLOS ANGELES CENTRAL
    Court Comment  COURT ACTION
------------------------------------------------------------------------
Court Disposition       (Cycle 011)
Court Case Number       XCNBA39510402
Final Disposition Date  2012-07-10
Court Agency            CA019293J CASCLOS ANGELES CENTRAL
Subject's Name          FORD,BRIESHAWAY DENISE
Charge                  1
           Statute  KIDNAPPING (207(A) PC )
State Offense Code  10016
          Severity  Unknown
       Disposition  (ACCUSATION SET ASIDE)
Charge              2
           Statute  KIDNAPPING (207(A) PC )
State Offense Code  10016
          Severity  Unknown
       Disposition  (ACCUSATION SET ASIDE)
Charge              3
           Statute  KIDNAPPING (207(A) PC )
State Offense Code  10016
          Severity  Unknown
       Disposition  (ACCUSATION SET ASIDE)
```

```
    Court Comment  COURT ACTION
------------------------------------------------------------------------
Sentencing                (Cycle 011)
Sentence                  004 YEARS PRISON
------------------------------------------------------------------------
Sentencing                (Cycle 011)
Sentence                  016 MONTHS PRISON; CONSECUTIVE
=============================== Cycle 012 ==============================
Earliest Event Date       2013-04-23--------------------------------------------------
--------------------------
Sentencing                (Cycle 012)
Sentence                  064 MONTHS PRISON
------------------------------------------------------------------------
Sentencing                (Cycle 012)
Sentence                  064 MONTHS PRISON

------------------------------------------------------------------------
Corrections               (Cycle 012)
Supervision Date          2013-04-23
Corrections Agency        CA020025C CASDCORR CCWF RECEP REC
Subject's Name            FORD,BRIESHANAY
      Supervision Case Number  WE6399
     Correction Action    CDC CUSTODY
Charge                    1
               Statute    ROB:1ST DEG:CAB/ETC/INHAB DWELL (212.5(A) PC )
    State Offense Code    12030
              Severity    Unknown
      Enhancing Factor    INVOLVE FIREARM:ARMED OR NOT
Charge                    2
               Statute    ROB:1ST DEG:CAB/ETC/INHAB DWELL (212.5(A) PC )
    State Offense Code    12030
              Severity    Unknown
      Enhancing Factor    INVOLVE FIREARM:ARMED OR NOT
    Correction Comment    CDC CUSTODY
    Correction Comment    CRT CASE BA395104
    Correction Comment    PHOTO AVAILABLE
=============================== Cycle 013 ==============================
Earliest Event Date       2013-10-28
------------------------------------------------------------------------
Arrest Date               2013-10-28
Arrest Case Number        WE6399
Arresting Agency          CA020015C CASDCORR CHOWCHILLA
Subject's Name            FORD,BRIESHANAY
Comment(s)                ARREST/DETAINED/CITED
Charge                    1
               Statute    POSSESS CONTROL SUB/ETC IN PRISN/ETC (4573.6 PC
                          )
    State Offense Code    35286
              Severity    Felony
           Disposition    ( 2014-04-14; PROS REJ-LACK OF SUFFICIENT
                          EVIDENCE)
=============================== Cycle 014 ==============================
Earliest Event Date       2016-04-27
------------------------------------------------------------------------
Arrest Date               2016-04-27
Arrest Case Number        WE6399
Arresting Agency          CA020015C CASDCORR CHOWCHILLA
Subject's Name            FORD,BRIESHANAY
Comment(s)                ARREST/DETAINED/CITED
Charge                    1
```

```
          Statute  SEXUAL BATTERY (243.4(A) PC )
State Offense Code  11049
         Severity  Felony
      Disposition  ( 2016-11-08; PROS REJ-LACK OF SUFFICIENT
                   EVIDENCE)
=============================== Cycle 015 ===============================
Earliest Event Date     2018-08-11
-------------------------------------------------------------------------
Arrest Date             2018-08-11
Arrest Case Number      5392632-32848497
Arresting Agency        CA0194212 CAPDLA SEVENTY SEVEN
Subject's Name          FORD,BRIESHANAY
Comment(s)              ARREST/DETAINED/CITED
Comment(s)              PHOTO AVAILABLE
Charge                  1
          Statute  UNLAWFUL POSS/USE TEAR GAS (22810(A) PC )
State Offense Code  52606
         Severity  Felony
      Disposition  ( 2018-08-13; PROS REL-DET ONLY/REASON UNKNOWN)
-------------------------------------------------------------------------
Court Disposition       (Cycle 015)
Court Case Number       LAC8CJ1105301
Final Disposition Date  2018-08-16
Court Agency            CA019023J CASCMCLOS ANGELES
Subject's Name          FORD,BRIESHANAY
Charge                  1
          Statute  UNLAWFUL POSS/USE TEAR GAS (22810(A) PC )
State Offense Code  52653
         Severity  Unknown
      Disposition  (DISMISSED/FURTHERANCE OF JUSTICE)
Charge                  2
          Statute  DRIVE WHILE LIC SUSPEND/ETC (14601.1(A) VC )
State Offense Code  54083
         Severity  Misdemeanor
      Disposition  (CONVICTED-JAIL)
    Court Comment  CONVICTION CERTIFIED BY SHERRI R
                   CARTER,EXECUTIVE OFFICER CLERK,CASCMCLOS ANGELES
    Court Comment  COURT ACTION
    Court Comment  FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
-------------------------------------------------------------------------
Sentencing              (Cycle 015)
Sentence                012 DAYS JAIL; RESTN
=============================== Cycle 016 ===============================
Earliest Event Date     2018-09-23
-------------------------------------------------------------------------
Arrest Date             2018-09-23
Arrest Case Number      HU34574
Arresting Agency        CA0199965 CAHPWEST LOS ANGELES
Subject's Name          FORD,BRIESHANAY
Comment(s)              ARREST/DETAINED/CITED
Charge                  1
          Statute  NO ARREST RECEIVED ( )
State Offense Code  00001
         Severity  Other
Charge                  2
          Statute  DRIVE:LIC SUSP W/PR W/I 5 YR (14601.1(B)(2) VC )
State Offense Code  54659
         Severity  Misdemeanor
-------------------------------------------------------------------------
Court Disposition       (Cycle 016)
```

```
Court Case Number         ING8IN0416901
Final Disposition Date    2020-04-29
Court Agency              CA019133J CASCINGLEWOOD
Subject's Name            FORD,BRIESHANAY
Charge                    1
               Statute    DRIVE:LIC SUSP W/PR W/I 5 YR (14601.1(B)(2) VC )
    State Offense Code    54659
              Severity    Unknown
           Disposition    (DISMISSED/FURTHERANCE OF JUSTICE)
    Court Comment    COURT ACTION
=============================== Cycle 017 ===============================
Earliest Event Date       2019-06-15
------------------------------------------------------------------------
Arrest Date               2019-06-15
Arrest Case Number        5659683-32848497
Arresting Agency          CA0192400 CAPDGARDENA
Subject's Name            FORD,BRIESHANAY QUENISE
Comment(s)                ARREST/DETAINED/CITED
Comment(s)                PHOTO AVAILABLE
Comment(s)                WARRANT ING8IN0416901
Comment(s)                WARRANT LAM8MN0707601
Comment(s)                WARRANT LAX8AR3345401
Charge                    1
               Statute    DRIVE WHILE LIC SUSPEND/ETC (14601.1(A) VC )
    State Offense Code    54083
              Severity    Misdemeanor
Charge                    2
               Statute    DRIVE:LIC SUSP W/PR W/I 5 YR (14601.1(B)(2) VC )
    State Offense Code    54659
              Severity    Misdemeanor
Charge                    3
               Statute    DRIVE:LIC SUSP W/PR W/I 5 YR (14601.1(B)(2) VC )
    State Offense Code    54659
              Severity    Misdemeanor
           Disposition    (DISPO SEE MATCH ARR/DET/CITE NUMB(FDSMN))
=============================== Cycle 018 ===============================
Earliest Event Date       2019-07-26
------------------------------------------------------------------------
Arrest Date               2019-07-26
Arrest Case Number        5699545-32848497
Arresting Agency          CA0190003 CASOLA LENNOX
Subject's Name            FORD,BRIESHANAY
Comment(s)                ARREST/DETAINED/CITED
Comment(s)                PHOTO AVAILABLE
Comment(s)                WARRANT ING8IN0416901
Comment(s)                WARRANT LAM8MN0707601
Comment(s)                WARRANT LAX8AR3345401
Charge                    1
               Statute    DRIVE:LIC SUSP W/PR W/I 5 YR (14601.1(B)(2) VC )
    State Offense Code    54659
              Severity    Misdemeanor
Charge                    2
               Statute    DRIVE:LIC SUSP W/PR W/I 5 YR (14601.1(B)(2) VC )
    State Offense Code    54659
              Severity    Misdemeanor
           Disposition    (DISPO SEE MATCH ARR/DET/CITE NUMB(FDSMN))
Charge                    3
               Statute    DRIVE WHILE LIC SUSPEND/ETC (14601.1(A) VC )
    State Offense Code    54083
              Severity    Misdemeanor
```

```
=============================== Cycle 019 ==============================
Earliest Event Date     2020-06-01
-----------------------------------------------------------------------
Arrest Date             2020-06-01
Arrest Case Number      5946308-32848497
Arresting Agency        CA0195300 CAPDPASADENA
Subject's Name          FORD,BRIESHANAY QUENISE
Comment(s)              ARREST/DETAINED/CITED
Comment(s)              PHOTO AVAILABLE
Charge                  1
               Statute  BURG/ETC DURING STATE OF EMERG/ETC (463(A) PC )
    State Offense Code  22123
              Severity  Felony
       Inchoate Charge  Attempt
=============================== Cycle 020 ==============================
Earliest Event Date     2020-11-03
-----------------------------------------------------------------------
Arrest Date             2020-11-03
Arrest Case Number      202037027-332049960
Arresting Agency        CA0330000 CASORIVERSIDE
Subject's Name          FORD,BRIESHANAY QUENESE
Comment(s)              ARR AGY 2070666
Comment(s)              ARREST/DETAINED/CITED
Charge                  1
               Statute  CCW IN VEHICLE (25400(A)(1) PC )
    State Offense Code  52479
              Severity  Felony
Charge                  2
               Statute  CHILD CRUELTY:POS INJURY/DEATH (273A(A) PC )
    State Offense Code  38061
              Severity  Felony
=============================== Cycle 021 ==============================
Earliest Event Date     2021-11-23
-----------------------------------------------------------------------
Arrest Date             2021-11-23
Arrest Case Number      6281147-32848497
Arresting Agency        CA0194279 CAPDLA VALLEY JAIL
Subject's Name          FORD,BRIESHANAY
Comment(s)              ARREST/DETAINED/CITED
Comment(s)              PHOTO AVAILABLE
Charge                  1
               Statute  FELON/ADDICT POSS/ETC FIREARM (29800(A)(1) PC )
    State Offense Code  52422
              Severity  Felony
=============================== Cycle 022 ==============================
Earliest Event Date     2021-12-14
-----------------------------------------------------------------------
Arrest Date             2021-12-14
Arrest Case Number      6292996-32848497
Arresting Agency        CA0194273 CAPDLA METRO JAIL
Subject's Name          FORD,BRIESHANAY
Comment(s)              ARREST/DETAINED/CITED
Comment(s)              PHOTO AVAILABLE
Charge                  1
               Statute  MURDER (187(A) PC )
    State Offense Code  09005
              Severity  Felony
           Disposition  ( 2021-12-16; PROS REL-DET ONLY-LACK OF SUFF
                        EVID)
```

Agency CASOLA LENNOX; CA0190003;

---

Agency CACMPD EL CAMINO TORRANCE; CA0190C00;

---

Agency CAPDGARDENA; CA0192400;

---

Agency CAPDHAWTHORNE; CA0192800;

---

Agency CAPDINGLEWOOD; CA0193300;

---

Agency CAPDLA SW DIVISION REC; CA0194203;

---

Agency CAPDLA HOLLYWOOD DIV REC; CA0194206;

---

Agency CAPDLA WEST LOS ANGELES; CA0194208;

---

Agency CAPDLA SEVENTY SEVEN; CA0194212;

---

Agency CAPDLA METRO JAIL; CA0194273;

---

Agency CAPDLA VALLEY JAIL; CA0194279;

---

Agency CAPDPASADENA; CA0195300;

---

Agency CAHPSOUTH LOS ANGELES; CA0199930;

---

Agency CAHPWEST LOS ANGELES; CA0199965;

---

Agency CARAOTHER LOS ANGELES CO; CA0199999;

---

Agency CASDCORR CHOWCHILLA; CA020015C;

---

Agency CASDCORR CCWF RECEP REC; CA020025C;

---

Agency CASORIVERSIDE; CA0330000;

---

Agency CAPDCORONA; CA0331500;

------------------------------------------------------------------------

Agency CASCLOS ANGELES CENTRAL; CA019293J;

------------------------------------------------------------------------

Agency CASCLOS ANGELES S MONICA; CA019293J;

------------------------------------------------------------------------

Agency CASCWEST LA AIRPORT; CA019023J;

------------------------------------------------------------------------

Agency CASCINGLEWOOD; CA019133J;

------------------------------------------------------------------------

Agency CASCLONG BEACH; CA019143J;

------------------------------------------------------------------------

Agency CASCMCLOS ANGELES; CA019023J;

------------------------------------------------------------------------

Agency CASCHOLLYWOOD; CA019053J;

* * * END OF RECORD * * *

TO: FB10 FROM: CLETS 01/10/22 13:39:46
4FBM0FB10R.IY
RE: QYP.CAFBILA00.NAM/FORD,BRIESHANAY.DOB/19901116
RESPONSE TO QYP INQUIRY

DATA IN APPS.
****************** NO HITS FOUND ******************

END APPS RESPONSE.

*** NOTICE: A 'NO HITS' RESPONSE IN APPS INDICATES THE SUBJECT IS NOT CURRENTLY LISTED IN THE DATABASE. THE SUBJECT MAY BE PROHIBITED AND/OR MAY BE IN POSSESSION OF FIREARMS.

*******
TO: FB10 FROM: CLETS 01/10/22 13:39:46

CAFBILA00 RE: QGH.CAFBILA00.NAM/FORD,BRIESHANAY.DOB/19901116.CCC/9999

RESPONSE TO QGH INQUIRY

NO HISTORY RECORD IN AFS
END AFS RESPONSE.

*******
TO: FB10 FROM: CLETS 01/10/22 13:39:47

CAFBILA00 RE: QGH.CAFBILA00.AMO/Y.NAM/FORD,BRIESHANAY.DOB/19901116

RESPONSE TO QGH INQUIRY

NO RECORD IN APRF

END APRF RESPONSE.

PAGE 01  01/10/22  13:33:03 FB10 PRINT REQUESTED BY TERMINAL FB10
TO: FB10  FROM: CLETS                    01/10/22  13:32:26
4FBM0FB10I.ID

STATE OF CALIFORNIA DEPARTMENT OF MOTOR VEHICLES DRIVER RECORD

DATE: 01-10-22 TIME: 13:32

PRODUCED FOR CLETS USE ONLY

TRANSACTION: DF3    INFO CODE: JA

DRIVER RECORD REQUESTED: E1249804

DMV CONTROL DATA ONLY

THIS CONTAINS SEGMENTS 1,2,3,4,5,6,7 OF THIS RECORD

============================================================
SEGMENT 1 - DRIVER LICENSE/IDENTIFICATION CARD INFORMATION
============================================================

DRIVER LICENSE # E1249804          IDENTIFICATION CARD # E1249804

NAME: FORD,BRIESHANAY QUENISE DENISE C    BIRTHDATE: 11-16-1990

OTHER NAMES ON FILE: FORD,BRESHANAY QUENISE DENISE CRAIG*
FORD,BRIESHANAY QUENISE* BRIESHANAY,DENISE QUENISE*

** ALL ADDRESSES ON THIS RECORD ARE CONFIDENTIAL **

MAILING ADDRESS   AS OF 05-15-18: 3221 MARINE AVE
GARDENA, CA 90249
COUNTY: 19 LOS ANGELES

OTHER ADDRESS     AS OF 09-23-11: 3820 BUCKINGHAM RD
LOS ANGELES, CA

PHYSICAL DESCRIPTION
SEX:FEMALE   HAIR:BLACK    EYES:BROWN    HEIGHT:4-11  WEIGHT:125

============================================================
SEGMENT 2 - STATUS OF DRIVING PRIVILEGE AND IDENTIFICATION CARD
============================================================

LICENSE/DRIVING PRIVILEGE STATUS: SUSPENDED BY DMV EXCEPT WHEN DRIVING EMPLOYERS VEHICLE IN COURSE OF EMPLOYMENT, SECTION 16073 CVC.

RESTRICTIONS: NONE

DRIVER LICENSE ISSUED: 06-30-17 MAILED: 07-13-17 EXPIRED: 11-16-21
REMAILED: NO DATE  CLASS: C NON-COMMERCIAL

RESIDENCY VERIFICATION:

ENDORSEMENTS: NONE

IDENTIFICATION CARD APPLIED: 05-15-18  EXPIRES: 11-16-23
MAILED: 05-24-18  REMAILED:

```
LICENSE LOCATION: 5-LICENSE NOT SURRENDERED AS REQUIRED
============================================================
SEGMENT 3 - RELICENSING REQUIREMENTS
============================================================

NOTICE TO WITHHOLD ISSUANCE OF DRIVERS LICENSE ON RECORD:NONE

NOTICE OF WITHDRAWAL OF DRIVING PRIVILEGE ON RECORD:

   G - DMV FINANCIAL RESPONSIBILITY SUSPENSION.


REINSTATEMENT REQUIREMENTS:

   NOT ELIGIBLE TO REGAIN DRIVING PRIVILEGE UNTIL

      SR 1 ACCIDENT REPORT FORM IS FILED WITH DMV
      INCLUDING INSURANCE INFORMATION COVERING THE
      AUTOMOBILE ACCIDENT. IF NOT INSURED FOR ACCIDENT,
      FILE PROOF OF FINANCIAL RESPONSIBILITY WITH DMV.

============================================================
SEGMENT 4  - DRIVER LICENSE ACTIONS
============================================================

PROOF OF FINANCIAL RESPONSIBILITY INFORMATION:

   FR PRF REQ 051018 TERM 101122

HISTORY OF DRIVER LICENSE ACTIONS:

SUSPENDED EFFECTIVE 05-10-18
   AUTHORITY: 16004A CVC
   REASON:941-ACCIDENT-FR
   MAIL DATE: 04-10-18
   SERVICE OF ORDER: M-VERBAL NOTICE DOCUMENT ON FILE
                     SERVED DATE: 05-15-18
   FEE GROUP CODE: 003

SUSPENDED EFFECTIVE 05-10-18
   AUTHORITY: 16070 CVC
   REASON:946-ACCIDENT-FR
   MAIL DATE: 04-10-18
   SERVICE OF ORDER: M-VERBAL NOTICE DOCUMENT ON FILE
                     SERVED DATE: 05-15-18
   FEE GROUP CODE: 003

SUSPENDED EFFECTIVE 10-11-18
   AUTHORITY: 16004A CVC
   REASON:941-ACCIDENT-FR
   MAIL DATE: 09-11-18
   SERVICE OF ORDER: M-VERBAL NOTICE DOCUMENT ON FILE
                     SERVED DATE: 05-23-19
   FEE GROUP CODE: 003

SUSPENDED EFFECTIVE 10-11-18
   AUTHORITY: 16070 CVC
   REASON:946-ACCIDENT-FR
   MAIL DATE: 09-11-18
```

```
   SERVICE OF ORDER: M-VERBAL NOTICE DOCUMENT ON FILE
                     SERVED DATE: 05-23-19
   FEE GROUP CODE: 003

FEE REQUIRED INFORMATION:
 FEE CODE: 743-REISSUE FEE
 FEE REQ SEQ# 03 DUE: 05-10-18 AMOUNT: $055 REASON CODE: 941
 ORIG DUE DT: 05-10-18 FEE GROUP CD: 003

FEE PAYMENT INFORMATION: NONE

============================================================
SEGMENT 5 - CONVICTIONS
============================================================

CONVICTIONS REPORTED TO DMV:

VIOLATION  CONVICTION  SECTION        DOCKET       VEHICLE
  DATE        DATE     VIOLATED       NUMBER       LICENSE

08-11-18   08-16-18    146011 VC   811053
                                   COURT: 19463
                                   DISPOSITION: J
          ADDED TO THE RECORD ON 08-26-18

  COURTS

   19463 LOS ANGELES SUPERIOR COURT

  DISPOSITIONS

   J JAIL

  SECTIONS VIOLATED

     VEHICLE CODE

  146011 DRIVING WHILE SUSPENDED OR REVOKED

============================================================
SEGMENT 6 - FAILURE TO APPEAR/FAILURE TO PAY (FTA/FTP)
============================================================

FTA'S/FTP'S REPORTED TO DMV:

FTA'S:

 VIOLATION  SECTION          DOCKET                  VEHICLE
   DATE     VIOLATED         NUMBER          COURT   LICENSE

 06-26-19   16028A VC    *BPE000             30420   6YTW979
            216555 VC
            405095 VC
                                   FINE AMOUNT DUE $ 1724
          ADDED TO THE RECORD ON 09-20-19

  COURTS

   30420 FULLERTON SUPERIOR COURT
```

SECTIONS VIOLATED

VEHICLE CODE

16028A FAILURE TO PROVIDE EVIDENCE OF FINANCIAL RESPONSIBILITY
216555 FAILURE TO OBEY SIGN POSTED PREFERENTIAL TRAFFIC LANES
405095 NOTICE TO DMV, 15 DAYS AFTER VIOLATION OF PROMISE TO APPEAR

============================================================
SEGMENT 7 - ACCIDENTS
============================================================

ACCIDENTS REPORTED TO DMV: NONE

***** END OF RECORD *****

PAGE 01 01/10/22 13:38:40 FB10 PRINT REQUESTED BY TERMINAL FB10
TO: FB10 FROM: CWS IP 01/10/22 13:38:36
REC TYPE P CATEGORY O LEVEL F STATUS COPS
NAME FORD BRIESHAWAY DENISE
SEX F DSCNT B HAIR BLK EYES BRO HGT 500 WGT 110 D.O.B. 11/16/90
PHY FEATURES
ADDRESS/COMMENT
3221 MARIE AVENUE
GARDENA CA 90249
PROBATION INFORMATION
ACTIVE PROB MOTHER FN
JAIN # PDJ SSN # 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 CII # [redacted]
DPO OFFICE DPO PHONE # ( ) PROBATION TYPE FORMAL
COURT INFORMATION
CASE NO DEPT/DIV NEJ COURT TYPE SUP. SENTENCED DATE 05/25/21
FILE STATUTE
CONV STATUTE 664-459/PC F
GANG INFORMATION
GANG AFFIL MONIKER
CONDITION OF PROBATION COUNT 04 EXPIRATION DATE 05/15/23
COURT CODE: PAS3NEJ CALL (323) 226-8511 TO VERIFY CONDITIONS PRIOR TO ARREST
TERM OF CONDITIONS OF PROBATION IS: 2 YEARS
576 SRCH: SUBMIT TO SEARCH/SEIZURE AT ANY TIME
*INFO* COPS # PASGA1079760C - INQUIRY SUCCESSFUL

*******

*******
TO: FB10 FROM: CWS IP 01/10/22 13:38:37
REC TYPE P CATEGORY O LEVEL F STATUS COPS
NAME FORD BRIESHAWAY DENISE
SEX F DSCNT B HAIR BLK EYES BRO HGT 500 WGT 110 D.O.B. 11/16/90
CONDITION OF PROBATION COUNT 04 EXPIRATION DATE 05/15/23
230 WEAPONS: DO NOT OWN, CONCEAL, USE OR POSSESS ANY WEAPONS

*INFO* COPS # PASGA1079760C - INQUIRY SUCCESSFUL

*******

PAGE 01 01/10/22 13:35:50 FB10 PRINT REQUESTED BY TERMINAL FB10
TO: FB10 FROM: CLETS 01/10/22 13:35:47

DATE: 01/10/22 TIME: 13:35
NO RECORD FOR CRITERIA GIVEN
ANI END

PAGE 01  01/10/22  13:38:11 FB10 PRINT REQUESTED BY TERMINAL FB10
TO: FB10  FROM: NCIC                01/10/22  13:37:35
[redacted]
CAFBILA00

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
***LAW ENFORCEMENT SENSITIVE INFORMATION***

***WARNING - APPROACH WITH CAUTION***

***DO NOT DETAIN OR ARREST THIS INDIVIDUAL BASED ON THIS NOTICE***

***DO NOT ADVISE THIS INDIVIDUAL THAT THEY MAY BE ON A TERRORIST WATCHLIST***

MKE/POSSIBLE TERRORIST ORGANIZATION MEMBER - CAUTION
CONTACT THE THREAT SCREENING CENTER 1-866-872-9001
ORI/DCTSC0200 NAM/F[redacted],G[redacted] SEX/U RAC/U
DOB/19901116 CTZ/GZ
GNG/INTRNTL XTMST*IFBI SGP/HANDLING CODE 3*IFBI
ECR/H DOP/NONEXP OCA/000023368325
VLD/20160803
MIS/NONUSPER; NC-1020208157
DNA/N
ORI IS THE THREAT SCREENING CENTER 866 872-9001
AKA/F[redacted],G[redacted] M[redacted] Y[redacted]
NIC/T[redacted] DTE/20110923 0705 EDT DLU/20171026 0925 EDT

IF YOU ARE A BORDER PATROL OFFICER, IMMEDIATELY CALL THE NTC AT 571-468-1000.

CONTACT THE FBI'S TSC AT 866-872-9001 DURING THIS ENCOUNTER TO ASSIST IN DETERMINING IF THIS INDIVIDUAL IS ON THE TERRORIST WATCHLIST AND WITH GATHERING INTELLIGENCE WITHIN YOUR LEGAL AUTHORITY.  IF THIS WOULD EXTEND THE SCOPE OR DURATION OF THE ENCOUNTER, CONTACT THE TSC IMMEDIATELY THEREAFTER.

***LEGAL NOTICE: UNAUTHORIZED DISCLOSURE IS PROHIBITED.  THE INFORMATION IN THIS NOTICE BELONGS TO THE TSC AND IS PROVIDED TO YOUR AGENCY FOR OFFICER SAFETY, INTELLIGENCE, AND LEAD PURPOSES ONLY.  USG ATTORNEY GENERAL AUTHORIZATION MUST BE OBTAINED PRIOR TO USING THIS INFORMATION, OR INFORMATION DERIVED THEREFROM, IN ANY LEGAL OR ADMINISTRATIVE PROCEEDING OR PROCESS.  CONTACT THE TSC TO OBTAIN SUCH AUTHORIZATION.***

*******
TO: FB10  FROM: CLETS               01/10/22  13:37:35
[redacted]
CAFBILA00 RE: QSA.CAFBILA00.FORD,BRIESHANAY.F.DOB/19901116
NAME FIELD SEARCH REVEALS:
** NO HITS ON SEX/ARSON REGISTRATION **
******************* END OF CSAR MESSAGE *******************

*******
TO: FB10  FROM: CLETS               01/10/22  13:37:36
[redacted]
CAFBILA00  RE: QW.CAFBILA00.NAM/FORD,BRIESHAN
MATCH MADE ON NAM/FORD,BRIESHANAY
NAME FIELD SEARCH REVEALS:

WPS HIT # 001
HIT MADE ON NAM/FORD,BRIESHANAY
ORI/CA0190009 FCN/2322117402091

```
**MISDEMEANOR WARRANT: DO NOT ARREST/BOOK BASED ON THIS WARRANT**
NAM/FORD,BRIESHANAY      19901116 F B 411 125 BLK BRO
DOW/20210623 WNO/LAX8AR3345401 TOW/MISD ENT/4
OFF/5499 TRAFFIC DRVNG W SUSP PRVLG A
BAIL/2,500
OCA/918068010
OLG/E1249804.CA.2021
NOA/N
IMMEDIATELY CONFIRM WITH CA0190009 LASO W. HOLLYWOOD MNE/WHD0
TELEPHONE 310 855-8850

********** END OF WPS MESSAGE **********

*******
TO: FB10  FROM: CLETS                01/10/22  13:37:36
[REDACTED]
8YYX.CAFBILA00
RE: [REDACTED].NAM/FORD,BRIESHANAY.SEX/F.DOB/19901116
NO MATCH NAM FIELD
NO RESTRAINING ORDERS
********** END OF CARPOS MESSAGE **********

*******
TO: FB10  FROM: CLETS                01/10/22  13:37:36
[REDACTED]
CAFBILA00  RE: QVC.CAFBILA00.NAM/FORD,BRIESHANAY.SEX/F.DOB/19901
MATCH MADE ON NAM/FORD,BRIESHANAY
NAME FIELD SEARCH REVEALS:
SRF HIT # 001

HIT MADE ON AKA/FORD,BRIESHANAY
** NOT A WARRANT** COUNTY PROBATION RECORD **NOT A WARRANT **
** DO NOT ARREST OR DETAIN BASED SOLELY ON THIS RESPONSE **
ENT/1
NAM/FORD,BRIESHAWAY DENISE SEX/F DOB/19901116 RAC/B HGT/504
WGT/110 EYE/BRO HAI/BLK OLN/E1249804.CA SOC/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
CII/[REDACTED] OCA/X02052434
RESIDENCE COUNTY/LOS ANGELES CITY/GARDENA
         *******COUNTY PROBATION INFORMATION*******
PRIMARY OFFENSE/KIDNAPPING
BEGIN PROBATION/20101119 DISCHARGE DATE/20230524
AKA/COOPER,MARVISHA                  CRAIG,BRIESANAY DENISE
    CRAIG,BRIESHANA                  CRIAG,BRIESHANAY
    FORD,BRIESHANAY                  FORD,BRIESHANAY DENISE
    FORD,BRIESHANAY QUANISE          FORD,BRIESHANAY QUENISE
    FORD,BRIESHANAY QUENSEDE
POB/CALIFORNIA
AGENCY/LOS ANGELES PROBATION DEPT ORI/CA019183G
CONTACT/ROMERO,YVONNE UNIT/CENTINELA
PHONE/323 241-5800
         ***********CONTACT MESSAGE**********
NUMBER OF PRIOR CONTACT MSGS/ 0
SEND CONTACT MESSAGE IDENTIFYING CLETS MNE/AVPW
RECORD TYPE/PRO AND IDN/X02052434 , OR ONLY FCN/C772115400757

CHECKING NCIC
********* END OF SUPERVISED RELEASE FILE MESSAGE *********

*******
»WANT7  REQUEST WIS - CWS            ( . ) WIS ALL WARRANTS
```

```
REQUESTED BY ............... ID # ...... ALT ROUTE (OPT) .........  LASD ORI ..
NAME: FORD.........  BRIESHANAY.............. SEX F RACE . HAIR ... EYE ...
HT ... WT ... DOB 111690 AGE .. OLN .........  .. VLN ........  .. M# ........
CII .  ........ ADDRESS ..........  ...............  ..  .....  ..........
TOTAL HITS: 002  FEL: ...  MIS: 001  OTHER: 001  OFFICER HAZARD: ....  EXON: ..
( . ) WIS BELOW WARRANT   ( . ) SEE WARRANT/COPS DETAIL
    N FORD BRIESHANAY QUEN  . F B 111690 500 110 BLK BRO      052521
3221 MARIE AV GRD CA............ WARR#: PASGA1079760C RSTR   OLN: E1249804.. CA
WARR TYP: P LVL: F (1) 664-459/PC.......... F (2)                        MORE
VLN:              SCARS:             ADLT PROB. INFO ONLY. EXP DATE.. 051523
( . ) WIS BELOW WARRANT   ( . ) SEE WARRANT/COPS DETAIL
    N FORD BRIESHANAY.....  . F B 111690 411 125 BLK BRO LAX4 062321      $2500
3221 MARINE AV GRD CA........... WARR#: LAX8AR3345401 RSTR   OLN: E1249804.. CA
WARR TYP: W LVL: M (1) 14601.1(B)(2)/VC.... M (2)                        MORE
VLN:              SCARS:             ORI    ... CA0190009.
( . ) WIS BELOW WARRANT   ( . ) SEE WARRANT/COPS DETAIL
      ....................  .
                                 WARR#: .............        OLN:
WARR TYP:   LVL:   (1)                         (2)                        MORE
VLN:              SCARS:                                                       «
```

```
PAGE 01  01/10/22  13:39:10 FB10 PRINT REQUESTED BY TERMINAL FB10
TO: FB10   FROM: CWS          IP        01/10/22  13:39:08
REC  TYPE W   CATEGORY B   LEVEL M   STATUS
NAME FORD BRIESHANAY
SEX F   DSCNT B   HAIR BLK   EYES BRO   HGT 411   WGT 125   D.O.B. 11/16/90
PHY FEATURES
HOME/BUSINESS ADDRESS                                              PHONE
3221 MARINE AV GARDENA CA 90249                                    ( 000 ) 0000000
                                                                   ( 000 ) 0000000
FBI           OLN E1249804   CA MAIN 00000000 CII  00000000 SSN 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
MISC                      FCN [REDACTED]   WPS/NCIC 4
VEHICLE VLN              YEAR 00    MAKE      MODEL     STYLE     COLOR
        VIN                          LIC TYP     LIC YEAR
ORI AGY RPT# [REDACTED] OFF HZRD         ISS AUTH LAX4W73 VIOLATION CITY LA
CHARGE 14601.1(B)(2)/VC     ( M )                       (   ) ISS DT 06/23/21
                            (   )                       (   ) JUDGE ID C0348
FILING AGY CA0190009 ASGND AGY CA0190009 ASGND UNIT         GEOG AGY CA0190003
RST 840PC Y REL PTA   CONTACT PERSN                                 ( 000 ) 0000000
BKNG# 000000000   DT 00/00/00    OFF           AGY                LOC
BKNG AUTH              BAIL RCT #            AMT      $2500.00
PURGE DT 00/00/00 RECALL DT 00/00/00 REASON   REACT DT 00/00/00 EXON # 00
WARRANT REMARKS
NAME REMARKS
*INFO* WARR # LAX8AR3345401 - INQUIRY SUCCESSFUL


*******
```