# EXHIBIT 2



4:31

+1 (626) 278-6040 >

Text Message
Tue, Mar 22, 7:53 AM

Do you want to pick your phone up tomorrow

Tue, Mar 22, 12:14 PM

Can I please

What time

There is no way to pick it up today? I have court tomorrow

We can do it tomorrow or Friday also because I am only here until 2 o'clock today

Ok

Read

Wed, Mar 23, 8:52 PM

Can you try and find that dudes instagram account

Wed, Mar 30, 6:41 PM

Can you try and find that dudes

Text Message