# EXHIBIT C

FD-302 (Rev. 5-8-10)

-1 of 2-

# FEDERAL BUREAU OF INVESTIGATION


OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

Date of entry   04/25/2022

    Pursuant to an authorized arrest warrant signed by Alexander F. Mackinnon, United States District Court for the Central District of California, Special Agents and Task Force Officers of the Federal Bureau of Investigation located and arrested BRIESHANAY QUENISE FORD (FORD) at the Van Nuys Courthouse, 14440 Erwin Street, Van Nuys, California on April 21, 2022.

    FORD's arrest occurred after she entered and passed through the security metal detector at the courthouse, and was without incident. FORD was subsequently searched and the following items were found on her person: One iPhone in a blue case, United States (US) currency, car keys, chapstick, and a California Driver License in FORD's name. FORD was walked to the Los Angeles Police Department (LAPD) Van Nuys Police Station, directly adjacent to the court house, 6240 Sylmar Ave, Van Nuys, California by Special Agent (SA) Sarah Corcoran and Task Force Officer (TFO) Grace Valenzuela.

    Once at the LAPD station, the US currency was counted by SA Corcoran and SA Joelh Calixto in front of FORD. The currency totaled 1,000 dollars.

    At approximately 9:30am, FORD advised her property to include her shoelaces and her diamond earrings could be given to her girlfriend, Lakita Phillips, telephone number 323-542-6853.

    At approximately 10:35am, SA Corcoran and SA Calixto met Lakita Phillips, date of birth February, 19, 1985, California Drivers License D2672206, in the LAPD Van Nuys station lobby and signed over FORD's property; One Pair of diamond earrings, one set of shoe laces, 1000 dollars in US currency, car keys, chapstick, and a FORD's California Driver License. Signed FD 597's for the initial collection and subsequent release are attached as a 1A.

    SA Corcoran maintained custody of the iPhone for evidentiary purposes and a separate FD-597 was signed by FORD to document the seizure of the phone. A copy is also attached as a 1A.

    SA Corcoran and SA Calixto transported and transferred custody of FORD to the United States Marshals Service (USMS) at 350 West 1st Street, Los

Investigation on   04/21/2022   at   Los Angeles, California, United States (In Person)

File #   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬   Date drafted   04/24/2022

by   Sarah J. Corcoran

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO_000429

Continuation of FD-302 of (U) Arrest and Initial Appearance of Brieshanay Ford, On 04/21/2022, Page 2 of 2

Angeles, California, departing the LAPD Van Nuys Police Station at approximately 10:50am with a starting mileage of 63235, and arriving at the USMS, at approximately 11:23am with a vehicle mileage of 63254.

FORD appeared before the Honorable Michael R. Wilner, United States Magistrate Judge, Central District of California for her initial appearance and was released on a 50,000 dollar bond following the hearing.