EXHIBIT D

- 1 of 1 -

FD-302 (Rev. 5-8-10)



## FEDERAL BUREAU OF INVESTIGATION

Date of entry ____08/18/2022____

    As documented in a FD-302 dated April 25, 2022, Special Agents and Task Force Officers (TFOs) of the Federal Bureau of Investigation located and arrested BRIESHANAY QUENISE FORD (FORD) at the Van Nuys Courthouse, 14440 Erwin Street, Van Nuys, California on April 21, 2022.

Present for the arrest were the following FBI and TFOs:

Special Agent Sarah Corcoran
Special Agent Raj Patel
Special Agent Joelh Calixto
Special Agent Gary Wallace
Special Agent Chris McElroy
Special Agent Michael Fukuda
Special Agent Caitlin Bowdler
Task Force Officer Grace Valenzuela (Los Angeles County Probation)

    Following the arrest, Agents and TFO Valenzuela walked to the Los Angeles Police Department (LAPD) Van Nuys Police Station, and were met by LAPD Detective Dave Vinton and Detective Sergio Leyva.

    LAPD Detectives attempted to speak with FORD and expressed their interest in talking about their ongoing investigation in which FORD was believed to be a witness. FORD stated she did not have anything else to say and did not wish to speak to law enforcement. An interview was not conducted.

    Body cameras are not assigned to any members of the arresting team.

Investigation on ___04/21/2022___ at __Van Nuys, California, United States (In Person)__

File # ▮▮▮▮▮▮▮▮▮▮▮▮         Date drafted ___08/17/2022___

by __Sarah J. Corcoran__

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.