# EXHIBIT 6



**From:** Corcoran, Sarah J. (LA) (FBI) ████████████
**Sent:** Thursday, December 16, 2021 8:28 AM
**To:** David Vinton ████████████
**Subject:** Re: [EXTERNAL EMAIL] -

I'll take a look this am

**From:** David Vinton ████████████
**Sent:** Thursday, December 16, 2021 7:54:06 AM
**To:** Corcoran, Sarah J. (LA) (FBI) ████████████
**Subject:** [EXTERNAL EMAIL] -

Gun arrest for Ford.  She posted bail and has not been to court on this one.

Thanks

*Los Angeles Police Department*
*West Bureau Homicide*
*Detective II Dave Vinton Serial No.* ████
**1130 S. Vermont Avenue Los Angeles CA 90006**
**Mail Stop** ████ **Office (213)** ████ **Fax (213)** ████
**Email address:** ████████████

USAO_000474



**From:** David Vinton ████████████
**Sent:** Thursday, December 16, 2021 8:54:06 AM
**To:** Corcoran, Sarah J. (LA) (FBI) ████████████
**Subject:** [EXTERNAL EMAIL] -

Gun arrest for Ford.  She posted bail and has not been to court on this one.

Thanks

*Los Angeles Police Department*
*West Bureau Homicide*
*Detective II Dave Vinton Serial No.* ████
**1130 S. Vermont Avenue Los Angeles CA 90006**
**Mail Stop** ████████ **Office (213)** ████████ **Fax (213)** ████████
**Email address:** ████████████

1

USAO_000475

| BKG./BOOKING NO. | U.O. LOC. BKD. | DR LIC. NO. | STATE CA | MT Y | EVID. RPT. | CRIME RPT. | **ARREST REPORT** | | UCR CODE CC: |
|---|---|---|---|---|---|---|---|---|---|

ARRESTEE'S LAST NAME: **FORD**  FIRST: **BRIESHANAY**  MIDDLE: **QUENISE**  SUF.

ADDRESS: ▮  APT NO.

CITY: **GARDENA**  STATE: **CA**

| SEX F | DESCENT B | HAIR BLK | EYES BRO | HEIGHT 411 | WEIGHT 125 | BIRTHDATE 111690 | AGE 31 |
|---|---|---|---|---|---|---|---|

VEHICLE LIC. NO. | STATE CA | R.D. 1015 | AKA LAST- FIRST OR NICKNAME

BIRTHPLACE LA | CA | LA | US

PROB. INV. UNIT 10 | JUV. DETAINED AT | AD. CHG. Y

DIVISION 4210 | DETAIL A | ARRESTING | DATE ARREST 112321 | TIME ARR. 0420 | TIME BKD. 0757

LOCATION OF ARREST: **VALERIO ETIWANDA**

BAIL 110000
TOTAL BAIL 110500

TYP. F | CHARGE & CODE 29800(A)1PC | DEFINITION **FELON IN POSS OF FIREARM**  WARRANT NO. ☆

ADMONITION OF RIGHTS (WHEN APPLICABLE)
THE ADMONITION OF RIGHTS WAS READ VERBATIM PER FORM 15.03.00 BY:
Page 2
FLORES
NAME | SERIAL NO.

ADDITIONAL CHARGES (ON ADDL. WARRS. LIST NO., COURT, AND BAIL, INCL. P.A.)   LAM8MN0707601 14601.1AVC  500

| ARRAIGN. DATE | TIME | COURT | LOCATION CRIME COMMITTED **VALERIO-ETIWANDA** | R.D. 1015 | RESIDENCE PHONE NO. ▮8831 | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|

EMPLOYER / SCHOOL **LABORER**

OCCUPATION / GRADE **CONSTRUCTIO**  PHY. ODD. **TT NECK: CROSS**

CLOTHING WORN **RED SWTR BLK PNTS BRO SHS**

EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE **PARKED AT SCENE**  HOLD FOR:

LIST CONNECTING RPTS. BY TYPE & DR NUMBERS/NOS.
AFDR #

COMPLAINTS / EV ▮ CREATED

VEHICLE USED (YEAR, MAKE, MODEL, TYPE, COLORS, LIC. NO, ID MARKS)
12 BMW 528 E 4DR, BLK

DRIVING VEH. (DIRECTIONS & NAME OF STREET AT OR BETWEEN STREETS
ETIWANDA / VALERIO

| PASSENGERS M F | RETAINED | CASH | DEPOSITED |
|---|---|---|---|

**INVOLVED PERSONS**  Code: V: VICTIM  W: WITNESS  P/A: ARRESTING PRIVATE PERS. TO: OWNER  R: PERSON RPTG. 459: S-PERSON SECURING D-PERSON DISCOVERING  JUV: P-BOTH PARENTS G-GUARDIAN

| NAME | V & W/S | SEX | DESC. | D.O.B. | ADDRESS | CITY | ZIP | PHONE | DAY | X |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | R | | | | | |
| | | | | | B | | | | | |
| | | | | | E-MAIL | | | CELL | | |
| | | | | | R | | | | | |
| | | | | | B | | | | | |
| | | | | | E-MAIL | | | CELL | | |
| | | | | | R | | | | | |
| | | | | | B | | | | | |
| | | | | | E-MAIL | | | CELL | | |

**COMBINED CRIME REPORT**  IF MULTI. ARRESTEES THIS SECTION & ABOVE CRIME RPT. CHECK BOX IS COMPLETED ON ONLY ONE FACE SHEET.

TYPE OF OFFENSE | VICT'S OCCUPATION

DATE AND TIME CRIME OCCURRED | TYPE PROPERTY | TOTAL $ | EST. DAMAGE $ | TYPE PREMISES

459 / BFD ONLY - POINT AND METHOD OF ENTRY | WEAPON / FORCE / INSTRUMENT USED | TPV / BFV ONLY - VICT'S VEH. (YR., MAKE, TYPE, LIC.)

MO (UNIQUE ACTIONS)

**COMBINED EVID. RPT.**  USE THIS SECTION IN LIEU OF PROPERTY REPORT IF ONLY ONE ARRESTEE, NO GUN, AND NO MORE THAN 2 ITEMS OF EVID.

| | GANG RELATED | MOTIVATED BY HATRED / PREJUDICE | DOMESTIC VIOLENCE | MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM |
|---|---|---|---|---|

LOC. EVID. BKD. | HS 10,099 GIVEN? Y N | Preliminary Drug Test Y N | SUPV / INV. OFCR. TESTING | SERIAL NO. | WITNESS OFCR. | SERIAL NO.

ITEM | QUAN. | ARTICLE | SERIAL NO. / TYPE TEST OF DRUG | BRAND / DRUG WEIGHT UNITS | MODEL NO. / DRUG TEST RESULTS | MISC.

**APPROVAL / REPORTING OFFICERS**  SUPERVISOR APPROVING REPORT **WILLIAM BATISTA** ▮

11-23-21 P01-10-1A-G9231

RAP SHEET ATTACHED

REPORTING OFFICER(S) **FLORES** SERIAL NO. | DIV. & DETAIL **NVBK 102L** | VACATION DP 9

(P.P. ARREST OFCR. BKNG. EVID. IF LISTED ON THIS RPT.) **SANCHEL** ▮ | DP 5

**JUVENILE DISPO.**  Petition Request: ☐ DETAINED  ☐ RELEASED  ☐ NON-BOOK  ☐ NON-BOOK WARR.

FINAL CHARGE (IF DIFFERENT THAN ORIGINAL (SECTION, CODE & DEFINITION)

IF REFERRED, AGENCY & PERSON ACCEPTING REFERRAL

PROPERTY BOOKED Y N
IF YES, 10.09.00 COMPLETED? Y N

SUPERVISOR APPROVING | SERIAL NO.

JUV. COORD. REVIEWING | SERIAL NO.

DATE / TIME DISPO. REPROD. | DIV. / CLERK

| 11 ☐ C & R | 13 ☐ EXON-INNOCENT | 04 ☐ CYA | 18 ☐ JUV. TRAF. MISD. | 16 ☐ DCFS |
|---|---|---|---|---|
| 11 ☐ ACTION SUSP. | 12 ☐ REL-INSUF. EVID. | 03 ☐ PROBATION | 17 ☐ FIRE DEPT. | 10 ☐ OTHER |
| 14 ☐ PROVED ADULT | 03 ☐ COMMUNITY SERVICE | 05 ☐ OTH. LAW ENF. AGENCY | 10 ☐ DEPT. MENTAL HEALTH | |

06.02.00 (01/16)

**ARREST REPORT**

INC

**CONTINUATION SHEET**

Los Angeles Police Department

| PAGE NO. 2/5 | TYPE OF REPORT | Arrest | | | BOOKING NO. ▮▮▮ | | DR NO. ▮▮▮ |
|---|---|---|---|---|---|---|---|
| ITEM NO. QU AN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC. DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | | DOLLAR VALUE |

**Source of Activity:**

On November 23, 2021, at approximately 0410 hrs, my partner, Officer Flores #▮▮▮ and I, Officer Sanchez #▮▮▮, were assigned to unit 10E1-W3, West Valley Division Patrol. We were in full uniform, driving a marked black and white police vehicle conducting extra patrol in the area of Valerio St. and Etiwanda Av. INC#▮▮▮▮

**Investigation:**

While conducting extra patrol my partner and I observed a black 2012 BMW 528I (Lic Plate: ▮▮▮) travelling northbound Etiwanda Av approaching Valerio St. The vehicle did not have a front license plate attached (Violation of 5200 (a) VC). My partner and I then conducted a traffic stop on the vehicle using our patrol vehicle's forward facing red/ blue lights and sirens. The vehicle came to a full and complete stop at Etiwanda Av. north of Valerio St.

My partner and I approached the vehicle and observed the suspect (later identified as Ford, Brieshanay) sitting in the front driver seat. Ford handed me her California Driver License (Driver License #▮▮▮).

Using department resources, I was made aware that Ford has a warrant for her arrest (Warrant #LAM8MN070760) and that she is currently on active Formal Probation (Probation #PASGA1079760C) which is set to expire on May 15, 2023. Part of Ford's probation requires her to submit to search and seizure at any time. Her probation also states that Ford must not be in possession of any firearms/ weapons.

Ford was then detained without incident pending a probation compliance check.

While my partner, Officer Flores conducted her search she felt a hard object inside Ford's jeans. Flores asked what the item was, and Ford stated, "my strap". Officer Flores then recovered a chrome colored .22 caliber handgun from inside Ford's crotch area. The firearm contained a fully loaded magazine of ten rounds.

Ford spontaneously stated, "I have it because I thought someone was following me."

Based on my training and experience the firearm recovered was operable.

**Arrest:**

Ford was arrested for 29800 (a)(1) PC- Felon in Possession of a Firearm.

At West Valley Station my partner read Ford her Admonition of Rights verbatim. Ford stated "Yes." "Yes." "Yes." and "Yes." Ford then refused to answer any further questions.

Los Angeles Police Department

**CONTINUATION SHEET**

| PAGE NO. 3/5 | TYPE OF REPORT | Arrest | | | | BOOKING NO. ███ | ███ |
|---|---|---|---|---|---|---|---|
| ITEM NO. | QU AN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |

**Injuries/Medical Treatment:**
None.

**Photos, Recordings, Videos, DICV, BWV and Digital Imaging:**
Using my department issued cell phone I took six photographs. The photographs included the vehicle, firearm, magazine and ammunition. All photos were uploaded to the Axon Capture Application

This incident was recorded via BWV. All statements in this investigation are paraphrased by the investigating officers. Paraphrased statements do not contain the entire statements and are the officer's interpretation of the statements. If there is any doubt about the content of the paraphrased statement, reviewers are encouraged to review the video recording of the investigation.

**Booking:**
Ford was booked at Van Nuys Jail for 29800 (a)(1) PC- Felon in Possession of a Firearm with the approval of West Valley Watch Commander Sgt. Yates # ███

**Evidence:**
During an an incident to arrest search at West Valley Station my partner located a credit card under the name "T███ M███" inside Ford's wallet.

The firearm, magazine, ammunition and credit card were booked at West Valley Station.

**Additional:**
At West Valley Station it was discovered that Ford had previously been arrested for a concealing a firearm inside a vehicle. She has also beenm convicted for four felony crimes and served two different sentences in state prison.

Officers request additional filing for 25400 (a)(1) PC- carrying concealed firearm inside of a vehicle, 25400 (a)(2) PC- carrying concealed firearm on their person, 25850 (a) PC- Carrying a firearm in Public and 30305 (B)(1)- Prohibited Person in Posession of Ammunition.

Ford was given a 10.10 (Reciept for Property Taken into Custody).

**Court Information:**
My partner and I can testify to the statements made in this report.

Los Angeles Police Department
## PROPERTY REPORT

Page 4 of 5

IF EVIDENCE CONT., COMPLETE SHADED AREAS ONLY. IF NOT EVID. CONT. COMPLETE ENTIRE FORM.

| | NARC | ☑ FIREARM | SEARCH | MONEY | TOTAL U S CURR. BKD. | EVID ☑ | NON-EVID ☐ | IF RELATED TO PREV. BKD EVID; USE THAT DR |
|---|---|---|---|---|---|---|---|---|

ONLY 1 CATEGORY PER REPORT

DR

| DATE AND TIME OF THIS REPORT | DATE PROPERTY BKD. | IF RELATED TO PREVIOUSLY BOOKED EVIDENCE, ORIG. EVID. BKD. TO (IN THIS CASE COMPLETE ENTIRE FORM) | DATE ORIG. EVID. TAKEN INTO CUSTODY |
|---|---|---|---|
| 11/23/2021   0640 | 11/23/2021 | | |

| RESIDENCE ADDRESS | ARRESTEE ☑ EVID. CONT OF ARREST REPORT | DOB | CHARGE 29800 A 1 |
|---|---|---|---|
| CA | **Ford, Brieshanay Quenise** | 11/16/1990 | BKD. DR / BKG. # |

| RESIDENCE ADDRESS (BUS. ADDRESS IF VICT. IS BUSINESS) | VICTIM ☐ EVID. CONT OF PIR (IF NO ARRESTEE) | R - / B - |
|---|---|---|

| RESIDENCE ADDRESS | ☐ OWNER OR IF UNKNOWN ☐ FINDER/POSSESSOR | R - / B - |
|---|---|---|

| AREA OR CITY, & DATE CRIME OCCUR. | TYPE OF PREMISES | DEPT. EMPLOYEE IF BOOKED TO | SERIAL NO. | DIVISION | IF FIREARM, CRT CHECKS: |
|---|---|---|---|---|---|
| reseda   11/23/2021 | street | | | | AFS  NCIC / YES ☑ NO ☐   YES ☑ NO ☐ |

| IS THIS STOLEN PROPERTY? ☐ YES ☑ NO | PROBABLE CRIME ☑ FELONY 29800(A)(1)PC ☑ MISD | DATE & TIME PROP. FOUND TAKEN INTO POLICE CUSTODY / - LOCATION - 11/23/2021  0410  ETIWANDA AVE/VALERIO | RD. OR CITY IF OUTSIDE 1015 |
|---|---|---|---|

| IS THIS FOUND PROPERTY? ☐ YES ☐ NO | DATE & TIME FOUND PROPERTY DISCOVERED | -LOCATION DISCOVERED- | RD. OR CITY IF OUTSIDE |
|---|---|---|---|

| INVESTIGATIVE UNIT 10E1 | PROP. BKD AT wval prop | NOTIFICATIONS - PERSONS & UNITS | CONNECTING REPORTS - TYPE & DR |
|---|---|---|---|

**Use of Evidence Continuation:** Use only with Arrest Report or, if no Arrest Report, with IR. Do not use if evidence is related to previously booked evidence. To book evidence, staple this page on top of Arrest Face Sheet (or IR Face Sheet, if no arrest) and forward with evidence.

1 CIRCUMSTANCES (WHERE FOUND, BY WHOM, HOW MARKED, ETC.) EXPLAIN IF RECEIPT FOR PROPERTY TAKEN INTO CUSTODY. FORM 10.10.00 NOT ISSUED. GIVE RESULTS OF CRT CHECKS ON FIREARMS

2 ITEMIZE PROPERTY (LIST NARCOTICS FIRST. THEN MONEY. FIREARMS, PROPERTY WITH SERIAL NUMBERS, AND OTHER PROPERTY, IF RELATED TO PREVIOUSLY BKD. EVIDENCE. START WITH NEXT SEQUENTIAL ITEM NUMBER)

3 IS PROPERTY ELIGIBLE FOR IMMEDIATE DISPOSAL?  YES ☐  NO ☑  IF YES, LIST ITEM #S _____   ENSURE AN "EXTRA COPY" IS FORWARDED TO THE PROPERTY DISPOSITION COORDINATOR (PDC) FOR INPUT INTO APIMS. IF PROPERTY IS ELIGIBLE FOR RELEASE, COMPLETE A PROPERTY DISPOSITION/UPDATE REQUEST, FORM 10.06.00, AND FORWARD IT TO THE PDC FOR INPUT INTO APIMS

| ITEM NO | QUANT. | ARTICLE | SERIAL NO | GRAND/DRUG WEIGHT UNITS | MODEL NO | MISC -COLOR, SIZE, INSCRIPTION, CALIBER, ETC. IF MULT ARREST, INCL NAME/BKG # FROM WHOM TAKEN |
|---|---|---|---|---|---|---|

On todays date my partner Officer Sanchez #43779 and I Officer Flores #44187 were working in full uniform working West Valley Patrol 10E1-W3.

Officers observed a vehicle with no front plate (5200 VC). Officers conducted a traffic stop and ran the vehicle and Driver for wants and warrants. Driver of the vehicle (Ford, Brieshanay Quenise) was on Formal Probation for attempt burglary. Ford had full search conditions. While conducting a search on Ford, Officer Flores recovered (item 1-3) a loaded firearm from Fords underware. Officers arrested Ford for (29800 a 1 PC) felon in possession of a firearm.

At West Valley officer Flores (recovered item 4) in Fords wallet.

| 1 | 1 | pistol | 4574861 | | phoenix arms | hp22A | SEMI - AUTO .22 caliber w/chrome colored blk plastic grip |
|---|---|---|---|---|---|---|---|
| 2 | 1 | magazine | none | | phoenix arms | hp22 | blk .22 caliber magazine |
| 3 | 10 | ammunition | none | | none | .22 | (10) silver with brown tip .22 caliber rounds |
| 4 | 1 | debit card | | | bank of america | visa | |

| Search Warrant Info | DATE | ISSUED BY JUDGE | COURT NO. |
|---|---|---|---|

| SUPERVISOR APPROVING | SERIAL NO. | 10 10 00 ISSUED? ☐ YES ☑ NO | REPORTING EMPLOYEE(S) | SERIAL NO | DIV. | DETAIL |
|---|---|---|---|---|---|---|
| | | | Flores | | wval | 10E1 |
| DATE & TIME REPRODUCED | DIVISION | CLERK | Sanchez | | wval | 10E1 |
| INC # | | | X PERSON REPORTING (SIGNATURE) | | | |

10.01.00 (09/19)

USAO_000479

LOS ANGELES POLICE DEPARTMENT                    DR NO.

## FIREARMS SUPPLEMENTAL PROPERTY REPORT

Department employees shall complete this form for the first firearm booked. This form shall become a page of the Property Report, Form 10.01.00, and continue the page numbering sequence. Additional firearms with the same possessor, associates, recovery location, and recovery date and time may be listed on the Continuation Sheet for Firearms Supplemental Property Report, Form 10.01.02, which shall become a page of the Property Report and continue the page numbering sequence. For additional associates, use appropriate copies of this form as needed.

### FIREARM DESCRIPTION

| 1. ITEM | 2. MANUFACTURER | 3. TYPE * | 4. CATEGORY ** | 5. MODEL | 6. CALIBER | 7. BARREL LENGTH |
|---|---|---|---|---|---|---|
| 1 | phoenix arms | P | I | hp22a | .22 | 2 1/2 inch |

| 8. SERIAL NUMBER | 9. OTHER MARKINGS OR INFORMATION (Finish, Grips, etc.) | 10. COUNTRY OF ORIGIN | 11. IMPORTER (Name, City and State) |
|---|---|---|---|
| 4574861 | chrome colored black plastic grip | usa | phoenix arms , onatrio ca |

| 12. WAS FIREARM USED IN A CRIME? ☑YES ☐ NO | 13. WAS FIREARM SUSPECTED OF HAVING BEEN USED IN A CRIME? ☒ YES |
|---|---|
| NCIC CODE: 5212 | NCIC CODE: 5212 *REFER TO PAGE 2 FOR NCIC CODES |

| 14. WAS FIREARM ILLEGALLY POSSESSED? ☑YES ☐NO ☐UNK | 15. WAS FIREARM REPORTED STOLEN? ☐YES ☑NO |
|---|---|

### FIREARM POSSESSOR AND/OR ASSOCIATE INFORMATION

| 1. NAME OF FIREARM POSSESSOR (Last, First, Middle) | 2. DOB | 3. PLACE OF BIRTH | 4. HT | 5. WT | 6. SEX | 7. RACE |
|---|---|---|---|---|---|---|
| Ford, Brieshanay Quenise | 11/16/1990 | Los Angeles | 411 | 125 | F | Blk |

| 8. STREET ADDRESS | 9. APT. NO. | 10. CITY | 11. STATE | 12. ZIP CODE |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | | Gardena | CA | ▮▮▮▮▮ |

| 13. IDENTIFICATION TYPE (Driver License, DMV ID, Social Security Card, etc.) | 14. STATE | 15. IDENTIFICATION NUMBER |
|---|---|---|
| Drivers License | CA | ▮▮▮▮▮▮ |

| 1. NAME OF ASSOCIATE (Last, First, Middle) | 2. DOB | 3. PLACE OF BIRTH | 4. HT | 5. WT | 6. SEX | 7. RACE |
|---|---|---|---|---|---|---|
| | | | | | | |

| 8. STREET ADDRESS | 9. APT. NO. | 10. CITY | 11. STATE | 12.ZIP CODE |
|---|---|---|---|---|
| | | | | |

| 13. IDENTIFICATION TYPE (Driver License, DMV ID, Social Security Card, etc.) | 14. STATE | 15. IDENTIFICATION NUMBER |
|---|---|---|
| | | |

| 1. NAME OF ASSOCIATE (Last, First, Middle) | 2. DOB | 3. PLACE OF BIRTH | 4. HT | 5. WT | 6. SEX | 7. RACE |
|---|---|---|---|---|---|---|
| | | | | | | |

| 8. STREET ADDRESS | 9. APT. NO. | 10. CITY | 11. STATE | 12.ZIP CODE |
|---|---|---|---|---|
| | | | | |

| 13. IDENTIFICATION TYPE (Driver License, DMV ID, Social Security Card, etc.) | 14. STATE | 15. IDENTIFICATION NUMBER |
|---|---|---|
| | | |

| 1. NAME OF ASSOCIATE (Last, First, Middle) | 2. DOB | 3. PLACE OF BIRTH | 4. HT | 5. WT | 6. SEX | 7. RACE |
|---|---|---|---|---|---|---|
| | | | | | | |

| 8. STREET ADDRESS | 9. APT. NO. | 10. CITY | 11. STATE | 12. ZIP CODE |
|---|---|---|---|---|
| | | | | |

| 13. IDENTIFICATION TYPE (Driver License, DMV ID, Social Security Card, etc.) | 14. STATE | 15. IDENTIFICATION NUMBER |
|---|---|---|
| | | |

### FIREARM RECOVERY INFORMATION

| 1. DATE | 2. RD | 3. RECOVERING OFFICER'S SERIAL NO. | 4. PROB. INVEST. UNIT | 5. PENAL CODE SECTION | 6. CRIME TITLE |
|---|---|---|---|---|---|
| 11/23/2021 | 1015 | Flores | 10E1-W3 | 29800 A 1 | Felon In Poss Of Firearm |

| 7. STREET ADDRESS | 9. APT. NO. | 9. CITY | 10. COUNTY | 11. STATE | 12.ZIP CODE |
|---|---|---|---|---|---|
| Etiwanda Ave / Valerio St | | Reseda | LA | CA | 91335 |

| * Use the following codes to denote the "Type" of weapon: | | | ** Use the following codes to denote the "Category" of weapon: | | |
|---|---|---|---|---|---|
| A - Cannon | K - Rocket | R - Rifle | A - Automatic | G - Gas or Air | M - Machine | S - Single Shot |
| B - Submachine Gun | M - Machine Gun | S - Shotgun | B - Bolt Action | H - Flintlock | N - Launcher | T - Recoilless |
| C - Rifle/Shotgun Combination | O - Mortar | T - Tear Gas Gun | C - Carbine | I - Semi-Automatic | O - Over/Under | U - Percussion |
| G - Grenade | P - Pistol | V - Silencer | D - Derringer | J - Jet Propulsion | P - Pump | W - Three Barrels |
| | | Z - All Others | E - Side by Side | K - Blank Pistol | Q - Antique | X - 4 + Barrels |
| | | | F - Flare Gun | L - Lever Action | R - Revolver | |

10.01.01 (10/14)

USAO_000480

```
IG
██████████    RE: SER/4574861
RESPONSE TO QGB INQUIRY
DATA IN AFS.
* EVIDENCE
SER/4574861 MAK/US UNITED STATES CAL/22
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/8P22
DOT/20211123 BBL/2 1-5
██████████████       - LAPD -WEST VALLEY ██████████████
NOA/N
MIS/FORD BRIESHANAY QUENISE CHROME COLORED BLACK PLASTIC GRIPS
████████████████████

* CRIME GUN
SER/4574861 MAK/US UNITED STATES CAL/22
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/8P22
DOT/20211123 BBL/2 1-5
 *** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/████ OFN/FLORES,Y WPA/N IPW/Y COT/19 LOS ANGELES
RSN/ETIWANDA VALERIO
CTY/LOS ANGELES
 *** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/FORD,BRIESHANAY QUENISE DOB/19901116 OLN/██████████
ORI/██████████ - LAPD -WEST VALLEY OCA/██████████
MIS/FORD BRIESHANAY QUENISE CHROME COLORED BLACK PLASTIC GRIPS
FCN/████████████████
CHECKING NCIC
END AFS RESPONSE.

OUTPUT MSG 026,      FROM      ██████████11/24/2021 08:04
```

USAO_000481

```
IG
RE: QGH.        ▉▉▉▉▉    .SER/4574861
RESPONSE TO QGH INQUIRY
NO HISTORY RECORD IN AFS
END AFS RESPONSE.

OUTPUT MSG 027,      FROM        ▉▉▉▉▉  11/24/2021 08:05
```

Los Angeles Police Department
**BOOKING APPROVAL**

| SEE DISTRIBUTION AT BOTTOM FOR NUMBER OF COPIES REQUIRED. | DATE & TIME OF ARREST 11/23/21 | DATE AND TIME OF INSPECTION/INTERVIEW BY WATCH COMMANDER (LAPD MANUAL 4/216) 11/23/21 |
|---|---|---|

ARRESTEE'S NAME (Last, First, Middle)
**FORD, BRIESHANAY QUENISE**

| ARRESTING OFFICER(S) OR   PRIVATE PERSON'S ARREST (Last and First Name) | SERIAL NO.(S) | DIVISION | DETAIL |
|---|---|---|---|
| SANCHEZ / FLORES | | WVAL | 10E1 |

ACTION ADVISED:

☒ Booking Charge  **29800(a)(1) PC-FELON IN POSSESSION OF FIREARM**   BASIC CHARGE:  $ 35,000
(As appears on AJIS Charge Table)

☒ Additional charges  **(1) MISD WARR**   ADD'L CHARGES:  $ 500

☒ Enhancements (Attach Felony Bail Computation Worksheet, Form CRIM-208)   ENHANCEMENTS:  $ 110,000

☐ Advise arrestee of immediate cash bailout right (if two or fewer warrants for parking offense or traffic infraction)

☐ Release without booking   ☐ Phone call made   ☐ Phone calls refused by arrestee   TOTAL BAIL:  $ 110,500

1. EVIDENCE TO BE BOOKED  2. SUGGESTIONS FOR CONTENTS OF REPORTS  3. VISITATION RESTRICTION   RESPONSIBLE INVEST. UNIT
WARR# LAM8MN0707601   ~~FB~~ WVAL DET3

| PAROLE/PROBATION AGENT | PHONE NO. | TIME TELEPHONIC HOLD PLACED |
|---|---|---|

REASON FOR SEARCH:

☐ Offense involves a controlled substance.

☒ Articulable and reasonable suspicion that the arrestee is concealing contraband or weapons, regardless of the offense (Explain reasonable suspicion).
**RECOVERED FIREARM FROM SUSPECTS PERSON.**

TYPE OF SEARCH AUTHORIZED:
☒ STRIP   ☐ PHYSICAL BODY CAVITY*   | WATCH COMMANDER APPROVING SEARCH (if different than booking) | SERIAL NO. |
☐ VISUAL BODY CAVITY   *Note: Search warrant required.   WARRANT NO.:

| DATE & TIME OF SEARCH | LOCATION SEARCH CONDUCTED | SEARCHING EMPLOYEE | SERIAL NO. | DIVISION | SEX |
|---|---|---|---|---|---|

RESULTS OF SEARCH (List items and locations removed from):

| ADVISING INVESTIGATIVE SUPERVISOR (signature) | ☐ Telephonic Advice | SERIAL NO. | DIVISION | RAP SHEET REVIEWED? YES ☐  NO ☐  NONE ☐ |
|---|---|---|---|---|

MISDEMEANOR ARRESTS: The watch commander shall complete the Conditions for Non-Eligibility for Release at the time of booking approval (Manual Sections 4/216.65, 216.67).

**CONDITIONS FOR NON-ELIGIBILITY FOR RELEASE**

1. The person arrested is so intoxicated that he or she could be a danger to himself or herself or others.
2. The person arrested requires medical examination or medical care or is otherwise unable to care for his or her own safety.
3. The person is arrested for one or more of the offenses listed in Section 40302 or 40303 of the Vehicle Code. (EXCEPTION - DUI ARRESTEES MAY BE RELEASED AFTER BOOKING, IF OTHERWISE ELIGIBLE.)
4. There are one or more outstanding felony arrest warrants for the person.
5. The person has one or more outstanding misdemeanor arrest warrants ineligible for release under Section 827.1 of the Penal Code (Manual Section 4/216.67).
6. The person cannot provide satisfactory evidence of personal identification.
7. The prosecution of the offense or offenses for which the person is arrested or the prosecution of any other offense or offenses would be jeopardized by immediate release of the person arrested.
8. There is a reasonable likelihood that the offense or offenses will continue or resume, or that the safety of persons or property will be imminently endangered by release of the person arrested.
9. The person arrested demands to be taken before a magistrate or refused to sign the notice to appear.
10. There is reason to believe that the person arrested would not appear at the time/place specified in the notice.

| AREA WATCH COMMANDER APPROVING BOOKING/O.R./STRIP  YATES | | MISD O.R.  YES ☐  NO ☒ | STRIP SEARCH  YES ☒  NO ☐ | RAP SHEET REVIEWED?  YES ☒  NO ☐  NONE ☐ |
|---|---|---|---|---|
| NON-ELIGIBILITY FOR RELEASE NO.: | | | | |

| CUSTODY SERVICES DIVISION WATCH COMMANDER MAKING O.R. DETERMINATION. | SERIAL NO.: | MISD O.R.  YES ☐  NO ☐ | NON-ELIGIBILITY FOR RELEASE NO.: |
|---|---|---|---|
| REASON FOR RELEASE: | | | |

12.31.00 (09/19)   DISTRIBUTION:   ORIGINAL - ATTACH TO THE ORIGINAL ARREST REPORT; OR TO DFAR IF NO ARREST REPORT OR BKG.
COPY - 1 - ATTACH TO JAIL CUSTODY RECORD IF BOOKED; 1 - ATTACH TO DIV. COPY OF ARREST

USAO_000483

**From:** David Vinton
**Sent:** Thursday, December 16, 2021 12:10:23 PM
**To:** Corcoran, Sarah J. (LA) (FBI)
**Subject:** RE: [EXTERNAL EMAIL] -

OK

**From:** Sarah Corcoran
**Sent:** Thursday, December 16, 2021 10:52 AM
**To:** David Vinton
**Subject:** RE: [EXTERNAL EMAIL] -

**ATTENTION: This email originated outside of LAPD. Do not click on links or open attachments unless you recognize the sender and know the content is safe.**

Can you help me figure out who the assigned DA is. I think I may have you call them and pitch the idea to them. They have to be on board to drop their case if the AUSAs agree to take it.

**From:** David Vinton
**Sent:** Thursday, December 16, 2021 7:54 AM
**To:** Corcoran, Sarah J. (LA) (FBI)
**Subject:** [EXTERNAL EMAIL] -

Gun arrest for Ford.  She posted bail and has not been to court on this one.

Thanks

*Los Angeles Police Department*
*West Bureau Homicide*
*Detective II Dave Vinton Serial No.*
1130 S. Vermont Avenue Los Angeles CA 90006
Mail Stop            Office (213)            Fax (213)
Email address:

1



**From:** David Vinton [REDACTED]
**Sent:** Tuesday, January 11, 2022 2:58:30 PM
**To:** Corcoran, Sarah J. (LA) (FBI) [REDACTED]
**Subject:** [EXTERNAL EMAIL] - David Vinton shared "902" with you.



USAO_000485



**From:** David Vinton ████████████████
**Sent:** Tuesday, January 11, 2022 2:58:49 PM
**To:** Corcoran, Sarah J. (LA) (FBI)████████████
**Subject:** [EXTERNAL EMAIL] - David Vinton shared "Axon_Body_3_Video_2021-11-23_0424_X6039BGU4" with you.



# David Vinton shared a file with you

Here's the document that David Vinton shared with you.

▷   Axon_Body_3_Video_2021-11-23_0424_X6039BGU4

🌐 This link will work for anyone.

**Open**

Microsoft                                                                Los Angeles
Privacy Statement                                                       Police Department

USAO_000486



**From:** David Vinton ███████████████
**Sent:** Wednesday, February 16, 2022 1:33:10 PM
**To:** Corcoran, Sarah J. (LA) (FBI) ████████████████
**Subject:** [EXTERNAL EMAIL] - Re: Gun

Sure, no problem.

Get Outlook for Android

**From:** Sarah Corcoran ████████████████
**Sent:** Wednesday, February 16, 2022 12:24:23 PM
**To:** David Vinton ████████████████
**Subject:** Gun

**ATTENTION: This email originated outside of LAPD. Do not click on links or open attachments unless you recognize the sender and know the content is safe.**

Hey Dave,

Next week I have someone who can help me with the Fed Nexus report on Monday, Wednesday or Thursday.

I wont even need it for an entire day, so plan for it to only be checked out and in my custody for a few hours.

-S

1

**From:** Corcoran, Sarah J. (LA) (FBI) ██████████████
**Sent:** Wednesday, February 16, 2022 1:34:39 PM
**To:** David Vinton ████████████
**Subject:** Re: Gun

Lol. Which one of those days works for you.

**From:** David Vinton ████████████
**Sent:** Wednesday, February 16, 2022 12:33:10 PM
**To:** Corcoran, Sarah J. (LA) (FBI) ████████████
**Subject:** [EXTERNAL EMAIL] - Re: Gun

Sure, no problem.

Get Outlook for Android

**From:** Sarah Corcoran ████████████
**Sent:** Wednesday, February 16, 2022 12:24:23 PM
**To:** David Vinton ████████████
**Subject:** Gun

**ATTENTION: This email originated outside of LAPD. Do not click on links or open attachments unless you recognize the sender and know the content is safe.**

Hey Dave,

Next week I have someone who can help me with the Fed Nexus report on Monday, Wednesday or Thursday.

I wont even need it for an entire day, so plan for it to only be checked out and in my custody for a few hours.

-S

USAO_000488

**From:** David Vinton █████████████
**Sent:** Wednesday, February 16, 2022 2:05:27 PM
**To:** Corcoran, Sarah J. (LA) (FBI) ██████████████
**Subject:** [EXTERNAL EMAIL] - Re: Gun

Kidding I will check the dates and let you know

Get Outlook for Android

**From:** David Vinton ██████████████
**Sent:** Wednesday, February 16, 2022 1:04:42 PM
**To:** Sarah Corcoran ████████████████
**Subject:** Re: Gun

Received, thank you.

Get Outlook for Android

**From:** Sarah Corcoran █████████████
**Sent:** Wednesday, February 16, 2022 12:34:39 PM
**To:** David Vinton ███████████████
**Subject:** Re: Gun

**ATTENTION: This email originated outside of LAPD. Do not click on links or open attachments unless you recognize the sender and know the content is safe.**

Lol. Which one of those days works for you.

**From:** David Vinton ██████████████
**Sent:** Wednesday, February 16, 2022 12:33:10 PM
**To:** Corcoran, Sarah J. (LA) (FBI) █████████████
**Subject:** [EXTERNAL EMAIL] - Re: Gun

Sure, no problem.

Get Outlook for Android

**From:** Sarah Corcoran ██████████████
**Sent:** Wednesday, February 16, 2022 12:24:23 PM

1

**To:** David Vinton █████████████

**Subject:** Gun

**ATTENTION: This email originated outside of LAPD. Do not click on links or open attachments unless you recognize the sender and know the content is safe.**

Hey Dave,

Next week I have someone who can help me with the Fed Nexus report on Monday, Wednesday or Thursday.

I wont even need it for an entire day, so plan for it to only be checked out and in my custody for a few hours.

-S

USAO_000490

[black redaction box]

**From:** Corcoran, Sarah J. (LA) (FBI) ████████████
**Sent:** Wednesday, February 16, 2022 2:30:42 PM
**To:** David Vinton ████████████
**Subject:** Re: Gun

Lol. Thanks Dave. You're an ass. But, thank you.

**From:** David Vinton ████████████
**Sent:** Wednesday, February 16, 2022 1:05:27 PM
**To:** Corcoran, Sarah J. (LA) (FBI) ████████████
**Subject:** [EXTERNAL EMAIL] - Re: Gun

Kidding I will check the dates and let you know

Get Outlook for Android

**From:** David Vinton ████████████
**Sent:** Wednesday, February 16, 2022 1:04:42 PM
**To:** Sarah Corcoran ████████████
**Subject:** Re: Gun

Received, thank you.

Get Outlook for Android

**From:** Sarah Corcoran ████████████
**Sent:** Wednesday, February 16, 2022 12:34:39 PM
**To:** David Vinton ████████████
**Subject:** Re: Gun

**ATTENTION: This email originated outside of LAPD. Do not click on links or open attachments unless you recognize the sender and know the content is safe.**

Lol. Which one of those days works for you.

**From:** David Vinton ████████████
**Sent:** Wednesday, February 16, 2022 12:33:10 PM
**To:** Corcoran, Sarah J. (LA) (FBI) ████████████
**Subject:** [EXTERNAL EMAIL] - Re: Gun

1

Sure, no problem.

Get [Outlook for Android](#)

---

**From:** Sarah Corcoran ███████████████
**Sent:** Wednesday, February 16, 2022 12:24:23 PM
**To:** David Vinton ███████████████
**Subject:** Gun

**ATTENTION: This email originated outside of LAPD. Do not click on links or open attachments unless you recognize the sender and know the content is safe.**

Hey Dave,

Next week I have someone who can help me with the Fed Nexus report on Monday, Wednesday or Thursday.

I wont even need it for an entire day, so plan for it to only be checked out and in my custody for a few hours.

-S

2

USAO_000492



**From:** David Vinton ████████████████
**Sent:** Wednesday, February 16, 2022 2:59:38 PM
**To:** Corcoran, Sarah J. (LA) (FBI) ████████████████
**Subject:** [EXTERNAL EMAIL] - RE: Gun

Wednesday works

**From:** Sarah Corcoran ████████████████
**Sent:** Wednesday, February 16, 2022 12:24 PM
**To:** David Vinton ████████████████
**Subject:** Gun

**ATTENTION: This email originated outside of LAPD. Do not click on links or open attachments unless you recognize the sender and know the content is safe.**

Hey Dave,

Next week I have someone who can help me with the Fed Nexus report on Monday, Wednesday or Thursday.

I wont even need it for an entire day, so plan for it to only be checked out and in my custody for a few hours.

-S

USAO_000493



**From:** David Vinton ███████████
**Sent:** Tuesday, March 15, 2022 9:24:43 AM
**To:** Corcoran, Sarah J. (LA) (FBI) ███████████
**Subject:** [EXTERNAL EMAIL] - FW: 21-10-14869 #1 NIBIN TEST FIRE

**From:** David Lopez
**Sent:** Tuesday, March 15, 2022 8:24 AM
**To:** David Vinton ███████████
**Subject:** 21-10-14869 #1 NIBIN TEST FIRE

Det. Vinton #█████
F/ OWB. Homicide
(213)█████

Hello Detective,

Per your request:

Thank you,

David Lopez #█████
Clerk/Typist
FSD/FAU
Direct Line:   (323)█████
General Line: (323)█████

USAO_000494



# Los Angeles Police Department
# FIREARM ANALYSIS UNIT

## NATIONAL INTEGRATED BALLISTICS INFORMATION NETWORK (NIBIN) NOTIFICATION

DATE:           12/01/2021

TO:             West Valley Division

FROM:           Crossfire Detail, Firearm Analysis Unit, FSD

**SUBJECT:      NIBIN TEST FIRE**

DR # ███████, Evidence item 1: Pistol

Caliber:  22 LONG RIFLE

Make:     PHOENIX ARMS

Model:    HP22A

Serial #: 4574861

The above listed firearm was processed in order to produce test fire exemplars for imaging into the NIBIN database. During the course of Crossfire Firearms Processing, the listed firearm produced test fire exemplars.

*The Crossfire Firearms Processing is an administrative procedure needed to produce test fire exemplars for imaging in the NIBIN database. For a physical laboratory analysis, a formal request must be submitted.*

Thank you for your participation in NIBIN.

Name / Serial:  Kelley ███

**CROSSFIRE DETAIL/FIREARM ANALYSIS UNIT**
**CRIMINALISTICS LABORATORY**
**FORENSIC SCIENCE DIVISION**
**1800 PASEO RANCHO CASTILLA**
**LOS ANGELES, CA 90032**

EMAIL:
PHONE:
MAIL STOP:

Page 1 of 1
FAU# 1531