CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
WASEEM SALAHI (Bar No. 325362)
ANTONIO VILLAAMIL (Bar No. 346321)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
   waseem_salahi@fd.org
   antonio_villaamil@fd.org
   (213) 894-4748
   (213) 894-0081 FAX

Attorneys for Defendant
BRIESHANAY FORD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIESHANAY FORD<br><br>    Defendant. | CASE NO. 2:22-CR-200-PA<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>Current Sentencing Date:<br>   March 23, 2023, at 11:00 a.m.<br><br>Proposed Sentencing Date:<br>   May 26, 2023, at 11:00 a.m. |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, through Assistant United States Attorneys David Williams and Alexander Su, and Defendant Brieshanay Ford, through Deputy Federal Public Defender Antonio Villaamil, that:

    1.    On October 4, 2022, this Court found Ms. Ford guilty of one count of possessing a firearm in violation of 18 U.S.C. § 922(g)(1).

    2.    Defense counsel represents that, in preparation of Ms. Ford's sentencing, defense counsel sought prison and parole records, school records, and state court records.

3. Because many of those requests were still pending, defense counsel sought a continuance, and on November 28, 2022, this Court continued Ms. Ford's previously scheduled sentencing from January 7, 2023, to March 23, 2023.

4. Despite diligent efforts, as of the date of this filing, however, many requests are still pending. Specifically, Ms. Ford's juvenile records from Los Angeles Superior Court, her school records from LAUSD, and her medical and mental health records, from H. Claude Hudson Health Center and West Valley Health Center respectively, are all still pending. Defense counsel is also still in the process of interviewing family members and collecting mitigation materials, which are relevant to finalize a social history in advance of Ms. Ford's presentence interview.

5. AUSAs Williams and Su do not oppose a request for a continuance.

6. This is the second request to continue sentencing.

7. Thus, Ms. Ford respectfully requests that her sentencing hearing be continued from March 23, 2023 at 11:00 a.m., to May 26, 2023 at 11:00 a.m.

Respectfully submitted,

CUAUHTÉMOC ORTEGA
Federal Public Defender

DATED: February 13, 2022

/s/ Antonio Villaamil
ANTONIO VILLAAMIL
Deputy Federal Public Defender

E. MARTIN ESTRADA
United States Attorney

DATED: February 13, 2022     By:  /s/ David Williams (signed with permission)
DAVID WILLIAMS
ALEXANDER SU
Assistant United States Attorneys

2