# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 22-200 PA | Date | May 22, 2023 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kamilla Sali-Suleyman | Kathy Stride | Alexander Su / David Williams |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Brieshanay Quenise Ford | √ | | √ | Waseem Salahi, DFPD | √ | √ | |

**Proceedings:** **SENTENCING** (non-evidentiary)

    For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

|  | : | 45 |
|---|---|---|
| Initials of Deputy Clerk | | KSS |

cc: USPO, PSA, BOP, USMO